1  **HUESTON HENNIGAN LLP**
   Moez M. Kaba (SBN 257456)
2  mkaba@hueston.com
   Christine Woodin (SBN 295023)
3  cwoodin@hueston.com
   Hagan Scotten (*Pro Hac Vice Pending*)
4  hscotten@hueston.com
   Billy Joe McLain (SBN 290682)
5  bmclain@hueston.com
   523 West 6th Street, Suite 400
6  Los Angeles, CA 90014
   Telephone: (213) 788-4340
7  Facsimile: (888) 866-4825

8  Attorneys for Plaintiff
   AMAZON.COM SERVICES LLC
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | AMAZON.COM SERVICES LLC, a Delaware limited liability company, | Case No.: 3:25-cv-09514
15 |                                                                 | **DECLARATION OF DAVID CHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**
   |                Plaintiff,                                      |
16 |                                                                 |
   |   v.                                                            |
17 |                                                                 |
   | PERPLEXITY AI, INC., a Delaware corporation.                    |
18 |                                                                 |
19 |                Defendant.                                       |

-1-
DECLARATION OF DAVID CHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTIVE RELIEF -3:25-cv-09514

## DECLARATION OF DAVID CHEN

I, David Chen, declare as follows:

1. I am a Principal, Corporate Business Development at Plaintiff Amazon.com Services LLC ("Plaintiff" or "Amazon"). I have held this role since November 2010. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

2. In my role as Principal, Corporate Business Development, I am responsible for managing select partner relationships with AI assistants.

3. On August 4, 2025, I had a call with Perplexity AI, Inc.'s ("Perplexity") Chief Business Officer, Dmitry Shevelenko, regarding the Comet AI agent. During the call, I explained that Amazon's Conditions of Use require all AI agents to act transparently when they access the Amazon Store. I explained that Amazon does not want any agentic activity from Perplexity interacting with the Amazon Store whether that agentic activity came from a standalone agent or as part of a browser. I also explained that Amazon needs the opportunity to better understand the effects of agentic activity on Amazon's customers and the operation of the Amazon Store. During the call, Mr. Shevelenko asserted that Perplexity does not consider Comet an agent.

Executed this 3 day of November 2025 in Seattle, Washington.

David Chen