HUESTON HENNIGAN LLP
Moez M. Kaba (SBN 257456)
mkaba@hueston.com
Christine Woodin (SBN 295023)
cwoodin@hueston.com
Hagan Scotten (*Pro Hac Vice Pending*)
hscotten@hueston.com
Billy Joe McLain (SBN 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 3:25-cv-09514<br><br>**DECLARATION OF AARON FERNANDES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

-1-
DECLARATION OF AARON FERNANDES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

## DECLARATION OF AARON FERNANDES

I, Aaron Fernandes, declare as follows:

1. I am the Director of Traffic Engineering at Plaintiff Amazon.com Services LLC ("Plaintiff" or "Amazon"). I have held this role since September 2020. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

2. In my role as the Director of Traffic Engineering, I supervise engineers to maintain, monitor, and oversee the Amazon Store's web traffic infrastructure, including its systems for routing, filtering, and security threat mitigation.

3. Amazon customer accounts and the data associated with those accounts are not publicly accessible. Amazon employs a range of cybersecurity measures—including encryption, available multi-factor authentication, and suspicious activity monitoring—to protect the data in customers' private accounts.

4. To access the Amazon Store and its private customer accounts, it is necessary to interact with Amazon's computers, servers, and networks that host the Amazon Store. The Amazon Store is connected to Amazon's computers, computer systems, and computer network, which carry internet traffic and data interstate and internationally and also allow the Amazon Store to transact in interstate and international commerce.

5. Amazon Prime is a paid membership service offered by Amazon that, among other things, provides benefits in the Amazon Store including free and expedited shipping.

6. In November 2024, after Perplexity AI, Inc. ("Perplexity") released a feature called "Buy with Pro," Amazon began investigating whether "Buy with Pro" had any effect on the Amazon Store or Amazon customers. On November 19, 2024, Amazon discovered Perplexity's use of Amazon Prime memberships to facilitate "Buy with Pro."

7. During its investigation, Amazon discovered Amazon accounts, including Amazon Prime accounts, associated with Perplexity were used to facilitate "Buy with Pro." These

accounts allowed Perplexity users to ask Perplexity to browse and make purchases in the Amazon Store. When Perplexity's paying subscribers used the "Buy with Pro" feature in the Amazon Store, Perplexity would place orders using Perplexity's Amazon accounts, including its Amazon Prime accounts, thereby allowing some of those subscribers to make purchases and receive Prime benefits, such as free shipping, without having to create their own Amazon accounts or pay for Prime.

8.   Perplexity's "Buy with Pro" feature could interfere with Amazon's customer relationships and potentially deprive Amazon of revenue by giving third parties Prime's benefits even though those third parties may not have had Prime memberships. In addition, because users of Perplexity's "Buy with Pro" feature did not transact using their own Amazon accounts, this created the risk that they would be unable to access all features of the Amazon Store, including its many personalization features. For example, these customers may not have received Amazon's timely updates about their orders and may have experienced difficulties with returns and exchanges through Amazon because they were not interacting directly with the Amazon Store.

9.   On May 30, 2025, Amazon updated the Amazon Store's Conditions of Use to add a dedicated section on the use or deployment of any software or service that takes autonomous or semi-autonomous action on behalf of, or at the instruction of, any person or entity.

10.  On July 9, 2025, after Perplexity released its browser application Comet to select users, the traffic engineering team at Amazon, which I am the Director of, detected the Comet AI agent's activities in the Amazon Store. Within a Comet browser session, the Comet AI agent can perform numerous tasks in response to user prompts. The traffic engineering team discovered that the Comet AI agent directs users to the Amazon Store's sign-in page and instructs them to log into their Amazon accounts (if the user has not already logged in). Once a user is logged in, however, no further human action is required in the Amazon Store: The Comet AI agent has access to the user's private account information (the Comet AI agent transmits this information back to Perplexity's servers for processing) and the Comet AI agent will add items to the user's shopping cart, make purchases, and take other agentic actions in the Amazon Store on the user's

1  behalf, all without the user having to make another click in the Amazon Store.

2  11.    During its investigation, the traffic engineering team discovered that when the Comet AI agent accesses the Amazon Store, it does not use a unique browser identifier and instead transmits the same "user-agent" string that is used by Google Chrome.  A "user-agent" string is a standard piece of information sent by a web browser to identify itself to a third-party website.

12.    Because the "user-agent" string Comet AI transmits to Amazon's servers is undifferentiated from a human user visiting the Amazon Store using the Google Chrome browser, it is difficult for Amazon to identify when a Comet browser or Comet AI agent is accessing the Amazon Store.

13.    Unlike Comet, other web browsers with agentic AI capabilities use unique user-agent strings to identify both the browser identity and whether browsing activity is being conducted by an AI agent.

14.    During the investigation of the Comet AI agent, the traffic engineering team observed that the Comet AI agent may not select the best price, delivery method, or product recommendations for a customer when shopping in the Amazon Store.  The traffic engineering team also observed that the Comet AI agent does not add selected products to existing deliveries to meet minimum free-shipping thresholds, which, if done, could result in cheaper and/or faster delivery options for customers.

15.    From approximately July 9, 2025 through approximately August 19, 2025, the traffic engineering team continued tracking and investigating the Comet AI agent's activities in the Amazon Store, including conducting a forensic analysis of network traffic and browser data to create a digital fingerprint identifying the Comet AI agent when it accessed the Amazon Store.

16.    On August 19, 2025, the traffic engineering team was able to fingerprint the Comet AI agent and block network traffic associated with the Comet AI agent, preventing the Comet AI agent from accessing the Amazon Store.  Following this block, the traffic engineering team observed comments in a Reddit discussion forum stating that the Comet AI agent could no

DECLARATION OF AARON FERNANDES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

longer access the Amazon Store; commenters in that discussion forum who appeared to be associated with Perplexity indicated they would address the issue.

17. On August 20, 2025, within 24 hours of Amazon blocking network traffic associated with the Comet AI agent, Perplexity released a new version of the Comet browser that changed its behavior so that the Comet AI agent no longer matched the digital fingerprint the traffic engineering team had developed to identify it. Shortly thereafter, the traffic engineering team found that the amount of web traffic intercepted by the network-traffic block dropped to zero. This sequence of events is consistent with Perplexity's new version of the Comet browser evading or circumventing Amazon's network-traffic block. This new version of Comet allowed Perplexity to regain unauthorized agentic access to the Amazon Store through private accounts of Amazon customers who also used the Comet AI agent.

18. After the amount of web traffic intercepted by the network-traffic block dropped to zero, the traffic engineering team began the forensic investigation process again to establish a new fingerprint for the Comet browser in order to identify the Comet AI agent's activities in the Amazon Store.

19. On August 29, 2025, Amazon's traffic engineering team, after conducting a forensic analysis of network traffic and browser data, was again able to fingerprint the Comet browser and identify the Comet AI agent's activities in the Amazon Store. The traffic engineering team has observed an increase in the network traffic associated with Comet's agentic activities the second time it was able to fingerprint Comet traffic when compared against traffic associated with Comet's agentic activities the first time the traffic engineering team was able to fingerprint Comet traffic.

20. To date, the Comet AI agent continues to access the Amazon Store and the Amazon Store's private customer accounts.

21. Between July 2025 and today, eight members of Amazon's traffic engineering team, including highly skilled software engineers, have spent an aggregate of hundreds of full workdays working to investigate, monitor, and remediate Comet's agentic activity within the

Amazon Store, which has included devising security measures to prevent Perplexity's Comet AI agent from covertly accessing the Amazon Store. To date, I estimate that this has cost Amazon over $260,000 based only on the apportioned salaries of these employees, and not including other benefits, compensation, and costs.

22. Through my work at Amazon, I am aware that traffic from automated agents, such as that from the Comet AI agent, imposes operational burdens and costs on Amazon's advertising systems. Amazon's advertisers pay for their ads to be shown to humans, with billing based on valid ad impressions. When automated agents, such as the Comet AI agent, generate ad traffic, Amazon must invest engineering resources to detect and filter out these non-human impressions before billing advertisers. This requires modifications to Amazon's advertising systems, including developing new detection mechanisms to identify and exclude automated traffic. These system adaptations are necessary to maintain contractual obligations with advertisers who pay only for legitimate human impressions.

23. Based on my role as Director of Traffic Engineering, I know that Perplexity has disrupted the Amazon accounts of Amazon customers who also use the Comet AI agent to access the Amazon Store. When Amazon customers access the Amazon Store through Comet's AI agent, Amazon has previously had to block those customers' accounts from accessing the Amazon Store by using the Comet browser after Amazon identified Comet's agentic activity. Once this happened, these users could not access the Amazon Store through Comet. As a result, Amazon had to repair and unblock these accounts when these customers wanted to re-access their Amazon accounts through non-agentic browsing. This imposed operational burdens and costs on Amazon that would likely have been unnecessary if the Comet AI agent identified itself through its user-agent string when accessing the Amazon Store because that would allow Amazon to block traffic associated with just the Comet AI agent, instead of blocking a customer account.

24. As a result of the traffic engineering team's investigation into the Comet AI agent's activity in the Amazon Store and within Amazon's computer networks, I am familiar with potential risks the Comet AI agent creates for Amazon customers who use it in the Amazon Store.

The Comet AI agent can access all private data available in the Amazon Store accounts of Amazon customers who use it, including their account details, shopping history, billing information, and other personal and financial data. Based on my analysis of how the Comet AI agent functions, I believe cyber criminals can potentially exploit the Comet AI agent. For example, they could trick the Comet AI agent into accessing links that then attempt to steal private data the Comet AI agent has obtained from an Amazon customer's account. Cyber criminals could also exploit the Comet AI agent's vulnerabilities in order to take control of the account of an Amazon customer who uses the Comet AI agent and place orders at a different address from where the customer lives so that Amazon shipments will be sent to that address and stolen. Additionally, the Comet AI agent does not use a unique browser identifier and instead transmits the same user-agent string that is used by Google Chrome, which makes it difficult for Amazon to identify when a Comet AI agent is accessing the Amazon Store. This presents risks of fraud or account-takeover for Amazon's customers who use the Comet AI agent because it interferes with Amazon's ability to block the Comet AI agent if there is a published security vulnerability regarding the Comet AI agent. It also interferes with Amazon's ability to understand the scope of the risk the Comet AI agent presents to Amazon's customers who use the Comet AI agent if there is a published security vulnerability because the number of Comet AI agents accessing the Amazon Store is difficult to determine.

Executed this 4TH day of November 2025 in Seattle, Washington.

_____
Aaron Fernandes

-7-
DECLARATION OF AARON FERNANDES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF