**HUESTON HENNIGAN LLP**
Moez M. Kaba (SBN 257456)
mkaba@hueston.com
Christine Woodin (SBN 295023)
cwoodin@hueston.com
Hagan Scotten (*Pro Hac Vice Pending*)
hscotten@hueston.com
Billy Joe McLain (SBN 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 3:25-cv-09514<br><br>**DECLARATION OF MATT GARMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

-1-
DECLARATION OF MATT GARMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

## DECLARATION OF MATT GARMAN

I, Matt Garman, declare as follows:

1. I am the CEO at Amazon Web Services, Inc., ("AWS") a corporate affiliate of Plaintiff Amazon.com Services LLC ("Plaintiff" or "Amazon"). I have held this role since June 2024. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

2. In my role as CEO of AWS, my responsibilities include overseeing AWS's overall strategy and execution of product and infrastructure development, security, artificial intelligence, and operations of Amazon's global network of data centers.

3. On November 19, 2024, I called Perplexity AI, Inc.'s ("Perplexity") CEO, Aravind Srinivas. During the call, I informed Mr. Srinivas that Perplexity's use of Amazon Prime accounts to support its recently released "Buy with Pro" function violated the terms and conditions for Amazon Prime. I also explained to Mr. Srinivas that Perplexity did not have permission to deploy AI agents in the Amazon Store. In response, Mr. Srinivas agreed to stop using Amazon Prime accounts to support "Buy with Pro" and he agreed Perplexity would halt the deployment of AI agents in the Amazon Store unless Amazon and Perplexity reached mutually agreed-upon terms for such deployment.

4. On September 12, 2025, I called Mr. Srinivas and explained that Amazon is not allowing agentic agents to access the Amazon store, until Amazon can examine and determine whether there can be an appropriate relationship with agentic agents. I further explained that the Comet AI agent is not authorized to access the Amazon Store and if Perplexity continues to access the Amazon Store by not identifying the Comet AI agent, legal action could be the most likely next step. In response, Mr. Srinivas did not deny that the Comet AI agent was accessing the Amazon Store without identifying itself.

Executed this 4th day of November 2025 in Seattle, Washington.

*/s/ Matt Garman*

Matt Garman