**HUESTON HENNIGAN LLP**
Moez M. Kaba (SBN 257456)
mkaba@hueston.com
Christine Woodin (SBN 295023)
cwoodin@hueston.com
Hagan Scotten (*Pro Hac Vice Pending*)
hscotten@hueston.com
Billy Joe McLain (SBN 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 3:25-cv-09514<br><br>**DECLARATION OF LLEW MASON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

-1-
DECLARATION OF LLEW MASON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

## DECLARATION OF LLEW MASON

I, Llew Mason, declare as follows:

1. I am a Vice President of Shopping at Plaintiff Amazon.com Services LLC ("Plaintiff" or "Amazon"). I have held this role since March 2019. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

2. In my role as Vice President of Shopping, I am responsible for overseeing customers' core shopping experience in the Amazon Store, including, among other things, the Store's homepage, navigation throughout the mobile app or website, search features, product detail pages, community features like customer reviews, and personalization features.

3. Amazon owns and operates the Amazon Store, which is an online store accessible in the United States at www.amazon.com. Through the Amazon Store, customers can browse, select, and purchase a wide variety of products and services. From its inception as an online bookstore, the Amazon Store has built its business around a simple principle: putting customers first. This customer-centric focus has allowed the Amazon Store to consistently deliver for its customers.

4. Over decades, Amazon has developed a unique and personalized shopping experience designed to help customers find and discover products that meet their needs based on key data points, including customer reviews, price, availability, delivery speed, measures of post-purchase satisfaction like return rates, and each customer's browsing and shopping history. history.

5. To access this personalized shopping experience, customers must create a private account in the Amazon Store secured with unique login credentials. Within each private account, customers can, among other things, manage and track their orders; save items for later purchases; receive personalized recommendations; store payment, personal address, and contact information; and receive updates regarding their purchases.

6. On September 29, 2025, I called Perplexity AI, Inc.'s ("Perplexity") CEO,

-2-
DECLARATION OF LLEW MASON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

1  Aravind Srinivas, and CBO, Dmitry Shevelenko, to discuss Perplexity's Comet AI agent
2  accessing the Amazon Store.  During the call, I explained that Amazon needs the Comet browser
3  to declare itself when accessing the Amazon Store and not mask itself as Google's Chrome
4  browser; that agentic requests from Comet must be declared when accessing the Amazon Store;
5  and if Perplexity did not declare Comet's agentic requests transparently when the Comet AI agent
6  is accessing the Amazon Store, then Amazon viewed this as unauthorized use of the Amazon
7  Store.  I also explained that this requirement is consistent with Amazon's Conditions of Use and
8  Amazon's approach to all companies operating AI agents.  Mr. Srinivas and Mr. Shevelenko did
9  not provide a legitimate explanation as to why Perplexity should be treated differently from other
10 companies operating AI agents.

    Executed this 4th day of November 2025 in Seattle, Washington.

_____
Llew Mason

-3-
DECLARATION OF LLEW MASON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF