1  **HUESTON HENNIGAN LLP**
   Moez M. Kaba (SBN 257456)
2  mkaba@hueston.com
   Christine Woodin (SBN 295023)
3  cwoodin@hueston.com
   Hagan Scotten (*Pro Hac Vice Pending*)
4  hscotten@hueston.com
   Billy Joe McLain (SBN 290682)
5  bmclain@hueston.com
   523 West 6th Street, Suite 400
6  Los Angeles, CA 90014
   Telephone: (213) 788-4340
7  Facsimile: (888) 866-4825

8  Attorneys for Plaintiff
   AMAZON.COM SERVICES LLC
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | AMAZON.COM SERVICES LLC, a Delaware limited liability company, | Case No.: 3:25-cv-09514 |
15 | | **[PROPOSED] ORDER GRANTING AMAZON.COM SERVICES LLC'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |
   | Plaintiff, | |
16 | | |
   | v. | |
17 | | |
   | PERPLEXITY AI, INC., a Delaware corporation, | |
18 | | |
19 | Defendant. | |

20

21     Plaintiff Amazon.com Services LLC ("Amazon") has filed a motion for preliminary

22 injunctive relief asking this Court to issue an order preliminarily enjoining and restraining certain

23 alleged conduct by Defendant Perplexity AI, Inc. ("Perplexity") pending trial in this matter.

24     Amazon alleges that Perplexity has violated the Computer Fraud and Abuse Act, 18

25 U.S.C. § 1030 ("CFAA"), and the California Comprehensive Computer Data Access and Fraud

26 Act, California Penal Code § 502 ("CDAFA"), by accessing Amazon's protected computers

27 without authorization and obtaining information therefrom.

28

Amazon argues that it is entitled to preliminary injunctive relief because it is likely to prevail on the merits of its claims under the CFAA and the CDAFA; because Amazon has been irreparably harmed by Perplexity's alleged conduct and will continue to be irreparably harmed absent an injunction; because the balance of hardships favors Amazon; and because it is in the public interest to enjoin Perplexity's conduct. Having considered the parties' submissions in support of and in opposition to the motion and the entire record in this case, it is hereby ORDERED as follows:

1. Amazon's motion for preliminary injunctive relief is GRANTED.

2. Perplexity and its agents, employees, successors, and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Perplexity, are hereby ENJOINED until resolution of this action, or until further order of this Court, from:

   a. Accessing, attempting to access, or assisting, instructing, or providing a means for others to access or attempt to access Amazon's protected computer systems using AI agents[1];

   b. Using any accounts, creating any new accounts, or taking over any existing accounts on Amazon's websites for the purpose of allowing Perplexity's AI agents to access Amazon's protected computer systems;

   c. Accessing, attempting to access, or assisting, instructing, or providing a means for others to access Amazon's protected computer systems in excess of Amazon's authorization; and

   d. Violating or evading any restrictions Amazon puts on the use of AI agents or other agentic activity in Amazon's protected computer systems.

3. It is further ORDERED that Perplexity shall:

   a. Destroy or cause to be destroyed all copies of Amazon's data, including customer data, unlawfully obtained by Perplexity, whether in the custody or control of

---

[1] As used here, "AI agents" means any software or computer program deployed through Perplexity's Comet web browser that can autonomously or semi-autonomously perform actions and interact with third-party websites on behalf of, or at the instruction of, any user.

      Perplexity or its employees, agents, assigns, or the third-party service providers (including, without limitation, web hosts, proxy servers, privacy services, and domain registrars);

      b.    Identify each and every Amazon account ever accessed, used, or controlled through or by Perplexity or any of its employees, agents, and assigns, to engage in the complained-of conduct; and

      c.    Certify and confirm, in writing and under oath, within thirty (30) days of the issuance of this ORDER that Perplexity has complied fully and completely with all requirements of this ORDER.

4.    It is further ORDERED that Perplexity shall provide notice of this ORDER to its officers, agents, servants, and employees, and to all persons in active concert or participation with them.

5.    No bond shall be required.

Dated _____

                                                        United States District Judge