IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>PERPLEXITY AI, INC.,<br><br>   Defendant. | Case No. 25-cv-09514-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES OF DOCUMENTS** |

On November 7, 2025, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith courtesy copies of the following documents: (1) Complaint, filed November 4, 2025, as well as the exhibits attached thereto; and (2) Motion for Preliminary Injunctive Relief, filed November 4, 2025, as well as the declarations filed in support thereof.

Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: November 12, 2025

MAXINE M. CHESNEY
United States District Judge