| | |
|---|---|
| HUESTON HENNIGAN LLP<br>Moez M. Kaba (Bar No. 257456)<br>mkaba@hueston.com<br>Christine Woodin (Bar No. 295023)<br>cwoodin@hueston.com<br>Hagan Scotten (*Pro Hac Vice* Pending)<br>hscotten@hueston.com<br>Billy Joe McLain (Bar No. 290682)<br>523 West 6th Street, Suite 400 Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>Facsimile: (888) 866-4825<br><br>Attorneys for Plaintiff<br>Amazon.com Services LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>John B. Quinn (Bar No. 090378)<br>johnquinn@quinnemanuel.com<br>Daniel C. Posner (Bar No. 232009)<br>danposner@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:   (213) 443-3000<br>Facsimile:   (213) 443-3100<br><br>Andrew Schapiro (*Pro Hac Vice* forthcoming)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606-1881<br>Telephone:   (312) 705-7400<br>Facsimile:   (312) 705-7401<br><br>William Pilon (Bar No. 326487)<br>williampilon@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:   (650) 801-5000<br>Facsimile:   (650) 801-5100<br><br>Attorneys for Defendant Perplexity AI, Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 3:25-cv-09514-MMC<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO MODIFY BRIEFING SCHEDULE**<br><br>[Civ. L.R. 6-1(b)]<br><br>Hon. Maxine M. Chesney<br>Courtroom 7 |

Case No. 3:25-cv-09514-MMC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO MODIFY BRIEFING SCHEDULE

Plaintiff Amazon.com Services LLC ("Plaintiff") and Defendant Perplexity AI, Inc. ("Defendant," and with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on November 4, 2025, Plaintiff filed the Complaint in this action and also filed a Motion for Preliminary Injunction (ECF No. 4, the "Motion"), which was noticed for hearing on December 10, 2025;

**WHEREAS**, on November 7, 2025 this action was assigned to this Court;

**WHEREAS**, to conform to this Court's procedures regarding hearing days for civil motions, the Parties have agreed to continue the hearing on the Motion to December 19, 2025, and also have agreed to modify the briefing schedule for the Motion such that Defendant's opposition shall be due by November 25, 2025, and Plaintiff's reply brief shall be due by December 10, 2025;

**WHEREAS**, this stipulation will not alter the date of any event or deadline already fixed by Court order, nor will it be used by any Party to justify delaying any other proceedings in this matter;

**WHEREAS**, the Parties agree that good cause exists for the changes to the schedule requested herein, including to allow the Parties sufficient time to brief the issues raised in the Motion.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective counsel of record, and subject to approval by the Court, as follows:

1. The hearing on Plaintiff's Motion for Preliminary Injunction shall be continued to December 19, 2025 at 9:00 a.m., or as soon thereafter as the matter may be heard;

2. Defendant's opposition to Plaintiff's Motion for Preliminary Injunction shall be due by November 25, 2025; and

3. Plaintiff's reply brief in support of its Motion for Preliminary Injunction shall be due by December 10, 2025.

DATED: November 11, 2025				QUINN EMANUEL URQUHART & SULLIVAN, LLP


							By    /s/ Daniel C. Posner
							      Daniel C. Posner
							      *Attorneys for Perplexity AI, Inc.*


DATED: November 11, 2025				HUESTON HENNIGAN LLP


							By    /s/ Moez M. Kaba
							      Moez M. Kaba
							      *Attorneys for Amazon.com Services LLC*


**PURSUANT TO THE PRECEDING STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1.  The hearing on Plaintiff's Motion for Preliminary Injunction (ECF No. 4) shall be on ~~December 19, 2025 at 9:00 a.m.;~~ January 9, 2026, at 9:00 a.m.

2.  Defendant's opposition to Plaintiff's Motion for Preliminary Injunction shall be due by November 25, 2025; and

3.  Plaintiff's reply brief in support of its Motion for Preliminary Injunction shall be due by December 10, 2025.


DATED: November __13__, 2025

							_____
							Honorable Maxine M. Chesney
							United States District Judge