HUESTON HENNIGAN LLP
Moez M. Kaba (Bar No. 257456)
mkaba@hueston.com
Christine Woodin (Bar No. 295023)
cwoodin@hueston.com
Hagan Scotten (*Pro Hac Vice* Pending)
hscotten@hueston.com
Billy Joe McLain (Bar No. 290682)
523 West 6th Street, Suite 400 Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
Amazon.com Services LLC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew Schapiro (admitted *Pro Hac Vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Renita N. Sharma (admitted *Pro Hac Vice*)
renitasharma@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Perplexity AI, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:25-cv-09514-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>[Civ. L.R. 6-1(a)]<br><br>Hon. Maxine M. Chesney<br>Courtroom 7 |

Plaintiff Amazon.com Services LLC ("Plaintiff") and Defendant Perplexity AI, Inc. ("Defendant," and with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on November 4, 2025, Plaintiff filed the Complaint in this action and concurrently filed a Motion for Preliminary Injunction;

**WHEREAS**, on November 7, 2025, this action was assigned to this Court;

**WHEREAS**, Defendant was served with the Complaint on November 6, 2025 (ECF No. 16), making Defendant's deadline to respond to the Complaint November 28, 2025, under Federal Rule of Civil Procedure 12(a)(1);

**WHEREAS**, the Court has set Plaintiff's Motion for Preliminary Injunction for hearing on January 9, 2026, and has ordered that Defendant's opposition brief is due on November 25, 2025, and Plaintiff's reply brief is due on December 10, 2025 (ECF No. 25);

**WHEREAS**, the Parties have met and conferred regarding Defendant's deadline to answer the Complaint or move to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6);

**WHEREAS**, the Parties agree that, given the potential for overlapping issues between Plaintiff's Motion for Preliminary Injunction and Defendant's anticipated response to the Complaint, extending Defendant's deadline to respond to the Complaint until after the Court rules on Plaintiff's Motion for Preliminary Injunction will promote judicial economy, and therefore have agreed, subject to the Court's approval, that Defendant's deadline to respond to the Complaint should be extended to thirty (30) days after the date of the Court's order resolving Plaintiff's Motion for Preliminary Injunction;

**WHEREAS**, the Parties agree that good cause exists for the extension requested herein, as it will avoid potentially duplicative briefing on the same or similar issues, and will allow Defendant to frame its response to the Complaint with the benefit of the Court's ruling on the preliminary injunction issues, and will not prejudice Plaintiff as the preliminary injunction motion addresses its immediate requests for relief.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective counsel of record, that Defendant's deadline to respond to the Complaint, whether by answer, motion to dismiss, or other responsive pleading, shall be extended to thirty (30) days after the date of the Court's order resolving Plaintiff's Motion for Preliminary Injunction.

DATED: November 17, 2025        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By        */s/ Daniel C. Posner*
          Daniel C. Posner
          *Attorneys for Perplexity AI, Inc.*

DATED: November 17, 2025        HUESTON HENNIGAN LLP

By        */s/ Moez M. Kaba*
          Moez M. Kaba
          *Attorneys for Amazon.com Services LLC*

**PURSUANT TO THE PRECEDING STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

Defendant's deadline to respond to the Complaint, whether by answer, motion to dismiss, or other responsive pleading, shall be extended to thirty (30) days after the date of the Court's order resolving Plaintiff's Motion for Preliminary Injunction.

DATED: November __18__, 2025

_____
Honorable Maxine M. Chesney
United States District Judge