QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew Schapiro (admitted *Pro Hac Vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Renita N. Sharma (admitted *Pro Hac Vice* )
renitasharma@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Perplexity AI, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

AMAZON.COM SERVICES LLC, a Delaware limited liability company,

Plaintiff,

vs.

PERPLEXITY AI, INC., a Delaware corporation,

Defendant.

Case No. 3:25-cv-09514-MMC

**DECLARATION OF DMITRY SHEVELENKO IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Hon. Maxine M. Chesney
Courtroom 7

I, Dmitry Shevelenko, declare as follows:

1. I am the Chief Business Officer of Perplexity at Perplexity AI, Inc. ("Perplexity"). I submit this declaration in Opposition to Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the matters stated below, and if called as a witness to testify to them, I could and would do so.

2. I have been employed at Perplexity as Chief Business Officer for about two years. As CBO, I oversee business development, partnerships, product strategy, and relationships with major platforms and websites. Before joining Perplexity, I worked at a number of prominent technology companies including Uber, LinkedIn, and Meta. I hold a Bachelor's degree in Anthropology from Columbia University.

**Perplexity and the Comet Browser**

3. Perplexity builds artificial intelligence-powered products designed to make knowledge accessible and useful for everyone. We strive to fundamentally improve how people find information, learn new things, and accomplish tasks online, empowering them to spend their time and attention on what truly matters.

4. In 2024, we recognized that using the internet had become exhausting. What should be a powerful tool for finding information and getting things done had turned into a maze of distractions, irrelevant content, and cognitive overload. Users must spend significant time clicking through multiple tabs, comparing information across sites, and wading through sponsored content and ads to find the answers they're actually looking for. Major platforms use algorithms that often prioritize their own revenue interests over the user experience. We saw an opportunity to use artificial intelligence ("AI") to address these inefficiencies by creating tools that could act as intelligent assistants for users.

5. An area where we observed these problems acutely was online shopping. Retail websites frustrated users with aggressive upsells, product listings that pushed sponsored results (or the website's in-house brands), and bundled offers irrelevant to their needs. The shopping experience had become overwhelming, forcing people to scroll through hundreds of options without an easy way to focus on what matched their needs.

6. We created Comet to give users their time and attention back. Comet is a web browser that understands what a user is trying to accomplish and actively helps the user do it. Instead of passively displaying whatever content websites throw at a person, Comet works on the user's behalf, filtering noise, surfacing what matters, and handling routine tasks so the user can focus on decisions that actually require his or her attention. With respect to the online shopping experience in particular, we designed Comet to act as a smart-shopping companion: filtering and comparing options based on users' stated preferences, including directly on the websites they already shop on, so they can make decisions faster and with more confidence.

7. One of the key differentiating features of Comet is the Comet "Assistant," an AI-powered digital personal assistant that can carry out tasks at a user's request. Comet users are free to browse the internet normally with Assistant disabled, and Comet's non-Assistant features behave identically regardless of whether Assistant is enabled.

8. Assistant is entirely opt-in. Once enabled, it only acts in response to explicit instructions from the user. Assistant only acts within the user's current browser session, and every action taken by Assistant is visible to the user through real-time visual feedback. Significant actions within a user request, such as completing a purchase, require additional user authorization.

9. Users have substantial control over Assistant through Comet's settings panel. Users can prohibit Assistant from accessing their browser history or from interacting with specific websites. Users can also activate "incognito" mode to prevent the Assistant from accessing any browser activity during a specific session.

**Comet's Development**

10. We began developing Comet in late 2024, starting with the acquisition of a company called Sidekick in November of that year. We assembled a dedicated team of nearly 100 engineers, designers, and product specialists to build Comet, which was (and still is) the largest team ever assembled at Perplexity for a single project. This represented a significant investment of resources and talent. We understood that creating a truly intelligent browser would require fundamental innovations in how AI systems understand and interact with the web on behalf of users, not just incremental improvements to existing technology.

11. The Comet team spent seven months building the core browser infrastructure, integrating advanced AI models capable of understanding user intent and navigating complex websites, and developing the natural language interface that would make the Assistant intuitive to use. We invested heavily in ensuring Comet and the Assistant could work reliably across thousands of different websites. This required solving novel technical problems around web automation, context understanding, and user control that no browser had tackled before.

12. Throughout development, we conducted extensive user research and testing with beta users across multiple rounds of feedback. We paid close attention to how people used the browser and what worked for them. Cross-site comparison shopping emerged as one of the most frequent use cases. Comet's ability to gather product information, pricing, and reviews from multiple sources (*e.g.*, multiple different websites) in a single workflow significantly reduced the time and effort consumers typically spent making purchasing decisions.

13. By June 2025, after seven months of intensive development, we released Comet to our first group of select users. We gathered detailed feedback and continued refining the experience based on real-world usage patterns. After incorporating this feedback and making significant improvements, we launched Comet with limited release on July 9, 2025, and made it widely available to users everywhere on October 2, 2025.

**<u>User Experience with Comet</u>**

14. Since Comet's launch, customers have consistently reported positive experiences with Comet and the Assistant. [redacted] a very strong indicator of product-market fit. They have described the Assistant as intuitive and helpful, particularly appreciating how it streamlines complex tasks that would otherwise require navigating multiple websites, tabs, and interfaces.

15. For online shopping, users particularly value Comet's ability to pull information from multiple sources simultaneously. The Assistant gathers product reviews, pricing data, and availability across different retailers, giving users a comprehensive market view they couldn't easily assemble on their own. Users complete purchases more quickly and confidently because the

Assistant handles the time-consuming tasks of filtering and aggregating data while they make final decisions with better information.

16. In terms of user understanding and support, customers clearly recognize Comet as a Perplexity product. Our branding is visible throughout the browser experience, and users who have questions or need assistance contact Perplexity's support team. We have not observed confusion about which company provides the service.

17. From an operational perspective, we monitor for any issues that might arise from Comet's use on retail platforms. To date, we have not received any feedback indicating increases in fraud, chargebacks, or account complaints associated with Comet's use on retail websites, including Amazon.com. We have identified no pattern of unauthorized orders or problematic transactions linked to the browser.

**<u>Comet's User Base and Business Model</u>**

18. As of November 2025, Comet has more than [redacted]. Since our limited launch in July 2025 and public launch in October 2025, we have experienced consistent month-over-month growth, demonstrating sustained user interest and expanding market adoption.

19. Perplexity monetizes Comet primarily by encouraging users to upgrade to Perplexity Pro, a premium subscription for our flagship AI-driven search engine that delivers detailed, conversational responses with source citations. Users can access basic Comet functionality at no cost, but the full capabilities of the Assistant, including advanced AI models, unlimited usage, and enhanced features, require a Pro subscription. This model allows users to experience the product's value before deciding to upgrade.

20. Perplexity does not sell user data. We do not operate an advertising network built on consumer browsing behavior. We do not license browsing histories or sell data to third parties, and we do not run targeted ads based on user activity within Comet. Our revenue comes from subscription upgrades to Pro, not from monetizing user information or behavior.

21. Comet does not engage in data scraping. When the Assistant interacts with a website, it does so in response to a specific user request for it to complete a specific task. We do not build or maintain databases of website content, and we do not aggregate user browsing patterns or

shopping behavior across our user base. Comet's actions are driven entirely by individual user sessions and explicit user instructions.

**How Comet Works on Amazon.com**

22. Amazon.com is one of the most frequently visited retail websites among Comet users. Our customers expect their AI shopping assistant to work on the major platforms where they already shop, and Amazon is consistently at the top of that list. Comet's ability to function on Amazon is essential to one of its core value propositions: helping users shop more efficiently on the sites they already use.

23. Comet's access to Amazon.com follows the same user-controlled process as any other website. Users navigate to Amazon.com through the Comet browser just as they would in Chrome, Safari, or any other browser. When the user invokes the Assistant, the user can instruct the Assistant to perform a task through natural language instructions. For example, when a user want to purchase something on Amazon.com, the user can enable the Assistant and instruct "order a pack of paper towels." The Assistant analyzes the web page that is rendered in the Comet browser, navigating through Amazon's public product pages and search results as they are displayed on the user's computer. The Assistant selects options that correspond with the user's instructions, and shows the user every step of what the Assistant is doing.

24. When it is time to purchase the item, the user signs into Amazon.com through the Comet browser using the standard login process with their own login information. There are no shortcuts or automated authentication. The Assistant then shows the proposed item or items to the users and details the steps it plans to take at checkout. The user reviews everything and then must explicitly approve the purchase before anything is submitted. This workflow ensures users retain control over every transaction: the Assistant handles the navigation and filtering work but cannot complete purchases without the user's direct authorization.

**The Obsolete "Buy with Pro" Feature**

25. In November 2024, we developed a feature called "Buy with Pro" within our Perplexity Pro subscription service. This was not part of the Comet browser. Instead, users with Perplexity Pro accounts could purchase items directly through the Perplexity search website and

receive premium benefits like free and expedited shipping through Amazon accounts operated by Perplexity.

26. When Amazon raised concerns about this feature in November 2024, we immediately disabled it. We have never resumed "Buy with Pro" for Amazon purchases. We chose immediate compliance because we value relationships with major platforms and wanted to demonstrate good faith, hoping this would lead to productive discussions about future collaboration.

27. The November 19, 2024 conversation was limited to "Buy with Pro" and did not address AI agent deployment more broadly. Perplexity did not agree to halt deployment of AI agents in the Amazon Store pending mutually agreed-upon terms, and no such agreement was ever made.

28. Between November 2024 and August 2025, we received virtually no communication from Amazon about any of our products accessing Amazon.com. This extended silence was significant. Comet had been in development and testing since late 2024 and first became available in July 2025. The absence of communication reinforced our understanding that Amazon's November 2024 concern had been specific to the Buy with Pro feature, which we immediately addressed.

**The August 4, 2025 Call**

29. On August 4, 2025, I participated in a phone call with David Chen, a Principal in Corporate Business Development at Amazon. During this call, Mr. Chen raised concerns about what he described as "agentic activity" from Comet in the Amazon Store.

30. During this call, Mr. Chen stated that Amazon wanted Perplexity to identify itself when users accessed Amazon through Comet. I responded that we could discuss sharing anonymized data about Comet's usage. Mr. Chen never followed up on this offer.

31. I explained to Mr. Chen that Comet operates using individual user credentials and permissions. I noted that Comet does not transfer user data or user passwords to Perplexity's servers. I conveyed our understanding that we were helping users make more informed purchasing decisions within the framework of their existing relationships with Amazon.

32. The conversation remained focused on identification and potential data sharing arrangements. Amazon did not raise any security concerns about Comet or how Comet interacts

with Amazon during this conversation. I made no binding commitments to change Comet's operations.

**The September 29, 2025 Call**

33. On September 29, 2025, I participated in another call with Amazon, this time with Perplexity CEO Aravind Srinivas and representatives from Amazon.

34. The concerns Amazon raised were essentially the same as those from the August 4 call: Amazon wanted Perplexity to identify itself and expressed general disapproval of how Comet operates on its platform.

35. I reiterated the same points I had made in August: Comet operates using individual user credentials and permissions, does not access or store user data, and does not store passwords. As was the case in the August 4 conversation, no one from Amazon raised security concerns about Comet's technical implementation or how it accesses their platform. Again, the conversation remained focused on identification and I made no commitments to change Comet's operations.

**Harm from an Injunction**

36. Comet operates in a rapidly evolving and intensely competitive environment. Our main competitors include other AI-enhanced browsers and shopping agents from some of the most well-funded technology companies in the world, including OpenAI, Google, and Microsoft. These competitors are developing tools that help users navigate and purchase products on Amazon and other major retailers. The broader industry is clearly moving toward agentic browsing experiences that layer AI on top of existing retail websites. This shift is happening now, and the companies that establish themselves during this formative period will define the market for years to come.

37. If Comet's ability to assist users on Amazon were preliminarily enjoined for 12 to 18 months (or potentially longer), the consequences for Perplexity would be catastrophic. Amazon is the 11th most visited website on the internet and ranks among the top five most important sites for our target demographic. No consumer would use a web browser that cannot access Amazon. The moment Comet stops working on Amazon, even once, users will immediately switch to competing browsers from Google, OpenAI, or Microsoft. These competitors already operate the

1st, 5th, and 10th most visited websites on the internet respectively and command vastly greater resources than Perplexity.

38. We would lose our first-mover advantage in the AI-assisted shopping space at the exact moment when that advantage matters most. The market for AI-enhanced browsers is in its earliest stages, and being forced out while our well-funded competitors continue to operate and improve their products would be devastating. Our product roadmap would stall completely. Our ability to iterate and improve Comet based on real-world usage would be eliminated. Most critically, we would suffer permanent and irreversible loss of market share and user trust to competitors who face no such restrictions. In technology markets, particularly emerging ones, timing is everything. A 12 to 18 month absence is not a pause, it is a death sentence.

39. An injunction would fundamentally and permanently alter Perplexity's competitive position. While we would be frozen in place, prohibited from operating on one of the internet's most essential platforms, our competitors would continue operating freely, improving their products and capturing market share. Users who depend on AI-assisted shopping would immediately migrate to competitor browsers that still function on Amazon.com. Browser adoption is sticky, users do not switch casually, and a product that failed them once can permanently lose credibility. Any attempt to re-enter the market after 12 to 18 months would be from a catastrophically weakened position, facing entrenched competitors who will have used our absence to solidify their dominance.

40. An injunction would cause irreparable reputational harm with customers, investors, and the broader market. Users would perceive Perplexity as unreliable or legally vulnerable, a perception nearly impossible to reverse even if we were ultimately vindicated. The injunction would signal to investors that our business model faces existential legal risks. Perplexity's valuation and ability to raise capital depend heavily on Comet's success. In the competitive venture capital environment, such signals have lasting impacts on our ability to raise funds, attract talent, and maintain partnerships. Trust and credibility are built over years but can be destroyed in days.

41. Beyond competitive and reputational harm, an injunction would have severe financial consequences. Perplexity has made substantial investments in Comet's development. We acquired Sidekick for [redacted] in November 2024 as the foundation for Comet.

[redacted] Our May 2025 Series E funding round, which valued the company at $14 billion, [redacted] representing a $5 billion increase from our prior valuation. An injunction that eliminates Comet's ability to function on Amazon would severely impair the value of these investments and destroy [redacted] our ability to secure future funding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on this 24th day of November, 2025 in San Francisco, California.

By dmitry shevelenko (Nov 24, 2025 16:52:49 PST)

Dmitry Shevelenko