QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew Schapiro (admitted *Pro Hac Vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Renita N. Sharma (admitted *Pro Hac Vice* )
renitasharma@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Perplexity AI, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

AMAZON.COM SERVICES LLC, a Delaware limited liability company,

Plaintiff,

vs.

PERPLEXITY AI, INC., a Delaware corporation,

Defendant.

Case No. 3:25-cv-09514-MMC

**DECLARATION OF DZIANIS YARATS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Hon. Maxine M. Chesney
Courtroom 7

I, Dzianis Yarats, declare as follows:

1. I am the co-founder and Chief Technical Officer at Perplexity AI, Inc. ("Perplexity"). I submit this declaration in Opposition to Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the matters stated below, and if called as a witness to testify to them, I could and would do so.

2. I co-founded Perplexity in 2022 and have served as its Chief Technical Officer since inception. I hold a Ph.D. in Artificial Intelligence ("AI") from New York University and have previously worked at Facebook, Quora, and Microsoft. As CTO, I oversee all technical aspects of Perplexity's products, including the architecture, engineering practices, security protocols, and privacy protections for our "Comet" web browser.

**<u>Perplexity's Offerings and the Comet Browser</u>**

3. Perplexity develops AI-powered tools designed to help users access and interact with information more effectively. Our mission is to empower users with technology that enhances their ability to search, discover, and accomplish tasks online.

4. Comet, our AI-enhanced internet browser, exemplifies this mission by putting users in complete control of their browsing experience. Users can browse the web normally, visiting any site they choose, while optionally accessing an AI "Assistant" to streamline routine activities such as researching products, managing emails, or coordinating schedules. The Assistant is entirely optional and operates only when the user explicitly activates it.

**<u>Comet's Technical Architecture</u>**

5. Comet is a web browser: software that loads websites onto a user's device, renders web pages, and allows users to interact with them. Like Chrome, Safari, Edge, or Firefox, it serves as a gateway to the internet, enabling users to visit websites, read content, make purchases, and perform everyday online activities.

6. Comet comprises two distinct components: (i) the browser itself, which is a standard web browser that any user can operate manually without AI assistance, and (ii) the optional AI Assistant feature, which users can choose to activate to automate certain browsing tasks. Comet's

core browsing functionality—including rendering web pages, managing sessions, and storing credentials locally—operates identically whether or not the Assistant is ever used.

7. Comet is built on Chromium, the open-source rendering engine that powers Google Chrome, Microsoft Edge, Brave, Opera, and numerous other browsers. We selected Chromium because it represents the most performant, secure, and extensively tested browser engine available. This architecture provides Comet with industry-standard web compatibility and rendering behavior identical to other major browsers in the marketplace.

8. Like every major Chromium-based browser, Comet uses the same or nearly identical user-agent string as Chrome. A user-agent string is identifying information that browsers send to websites to communicate which browser and version is being used, enabling websites to serve content optimized for that browser's capabilities. Because Comet is built on Chromium and possesses the same rendering capabilities as Chrome, using Chrome's user-agent string ensures websites deliver properly formatted content and utilize Comet's full technical capabilities. This is standard industry practice: Edge, Brave, Opera, and other Chromium-based browsers similarly identify themselves using Chrome's user-agent string or nearly identical variants. This practice exists because most websites are optimized and tested for Chrome given its dominant market share. Using this identification provides consistent rendering and compatibility across the web ecosystem. Without it, websites might serve degraded versions of their content or fail to function properly, even though Comet possesses identical technical capabilities to Chrome.

9. When users browse Amazon through Comet, they engage in a normal web session using standard secure web protocol ("HTTPS") requests processed through the Chromium engine. Comet does not create mass concurrent sessions or generate automated bot-like traffic patterns. The browsing experience is fundamentally identical to using any other Chromium-based browser: it is simply one person using one browser to visit a website. When the Assistant is activated within this session, it operates within the same standard browsing framework, executing user-directed actions through normal web interactions.

**How Comet's Assistant Works**

10. Comet's AI Assistant is entirely opt-in. Users must affirmatively enable it, and once enabled, it never acts on its own initiative. The Assistant only activates when the user explicitly invokes it through one of several deliberate actions: clicking the Assistant icon, using a keyboard shortcut, right-clicking and selecting "Open in Assistant," or issuing a voice command. We designed this structure to allow users to retain complete control over when and how the Assistant operates.

11. Once invoked, the Assistant operates entirely within the user's current browser session, automating navigation based on the user's specific instructions. The Assistant limits itself strictly to actions consistent with the user's stated goals. Every action is transparently visible to the user through real-time visual feedback, including screenshots and cursor highlighting that shows exactly where the Assistant will click. The Assistant panel provides comprehensive visibility by displaying: (i) the task the user requested; (ii) the steps the Assistant plans to take; (iii) real-time progress as actions execute; and (iv) a complete audit log of everything that has occurred.

12. For any significant action, the Assistant requires explicit user authorization. For example, when a user asks the Assistant to help with shopping, the system displays the steps it proposes to take on the user's behalf, and waits for the user to authorize each significant action. The Assistant never completes purchases without explicit user confirmation.

13. We designed the Assistant with strict built-in limitations to protect user security and privacy. The Assistant cannot: (i) complete purchases without user authorization; (ii) access stored payment methods without explicit permission; (iii) share personal information externally without user consent; or (iv) modify account settings without user direction.

14. Users have extensive control over the Assistant's access and capabilities. Through the Settings and Privacy Panel, users can configure permissions to allow or prohibit the Assistant from accessing browser history or interacting with specific websites. Users can block the Assistant from particular sites (such as banking websites) and can activate "Incognito" mode to prevent the Assistant from accessing any browser activity during a session. These features ensure users can tailor the Assistant's capabilities based on their individual comfort levels and security requirements.

15. Neither the Comet browser nor the Assistant transmits login credentials, payment information, complete browsing history, or private messages to Perplexity's servers. When the Assistant requires contextual information to perform a user-requested action, [redacted]

**How Comet Interacts with Amazon**

16. When users visit Amazon.com through the Comet browser, they load and view the actual Amazon website on their own device, with the same pages, advertisements, and interface they would see if they were using Chrome, Edge, or any other browser. The browser itself functions as a standard Chromium-based browser. Separately, when the user activates the Assistant, the user continues to see the exact same Amazon.com pages, content, and advertisements. Nothing about the user's activation of the Assistant changes what is displayed. The Assistant simply behaves like an efficient human shopper, following the user's instructions and navigating purposefully through the site while the users observe the same interface they would interact with manually.

17. Once activated, the Assistant feature allows users to automate browsing tasks through natural language instructions, giving users maximum control over their experience. The technical architecture operates as follows: The user accesses Amazon.com through the Comet browser, just as it would with any standard web browsing. When the user activates the Assistant, the user instructs the Assistant to perform a task. The Assistant then operates on the Comet browser on the user's computer by analyzing the content that the Comet browser renders locally. The Assistant does not access Amazon's servers; instead, it operates solely on what is displayed in the browser on the user's device.

18. For example, when a user wants to purchase an item on Amazon.com, the user gives the Assistant a natural-language instruction, such as "order a 12 pack of paper towels." The Assistant analyzes the locally-rendered content in the Comet browser—navigating Amazon's public

search results and product pages as displayed on the user's computer, selecting options that match the user's preferences, and showing the user what the Assistant is doing every step of the way. The Assistant can add items to the shopping cart by automating interactions with the website interface through the browser.

19. The Assistant communicates with Perplexity's servers as necessary to process natural language instructions and determine appropriate actions, but at no point does the Assistant contact Amazon's servers. All access to Amazon.com occurs exclusively through the Comet browser running on the user's computer. When it comes time to complete the purchase, the user signs into Amazon.com through the Comet browser using the normal login process and their own login information, with no shortcuts or automated authentication. The Assistant then presents the item or items it proposes that the user purchase along with the steps it plans to take at checkout. The user reviews everything and must explicitly authorize the purchase before anything is submitted. We designed this workflow to provide speed and convenience while ensuring that users remain in charge of every action the Assistant takes on their behalf.

20. The Comet browser, operating on the user's computer, handles all Amazon.com credentials with stringent security measures. Users store their passwords and payment data in a browser keychain on their own devices or on a dedicated application installed by the user; this information never reaches Perplexity's servers. The Assistant operates on the user's computer by automating interactions with the locally rendered content in the Comet browser, without ever directly accessing Amazon's servers. Neither the Comet browser nor the Assistant has access to full credit card numbers or any credit card security numbers from Amazon. Amazon's secure web pages, as accessed through the Comet browser on the user's computer, handle all payment forms; the Assistant simply automates clicks within Amazon's user interface as displayed in the Comet browser, with the user making the final decision to autofill stored payment details and complete the purchase. Neither the Comet browser nor the Assistant transmits login credentials, payment information, complete browsing history, or private messages to Perplexity's servers.

**Comet's Evolving Security Architecture**

21. Since launching Comet, Perplexity has steadily expanded security protections for the Comet browser and its Assistant feature to keep pace with the risks that come with AI-assisted browsing. Our strategy is deliberately proactive and evolves with the threat landscape, with each round of improvements reinforcing and extending previous safeguards to strengthen overall protection.

22. As of November 2025, our security measures span the full breadth of the browser's core architecture and the Assistant feature. We continuously merge all upstream Chromium patches to maintain parity with Chromium's evolving security posture, keeping core engine defenses current against newly discovered threats. We ensure that every Assistant action requires explicit user permission, creating a strict control layer that prevents silent side effects or unintended operations. We reinforce these measures with a steady stream of bug fixes, stability hardening, performance tuning, and defense-in-depth refinements shipped throughout the year, ensuring that both the Comet browser's and the Assistant's security surfaces are actively protected and continuously improved.

23. Our security measures specifically address "prompt injection" attacks: a concern unique to AI-powered systems where malicious instructions embedded in web content attempt to manipulate AI behavior. Our comprehensive security approach includes: user-reported threats with verification, direct collaboration with affected users, third-party models to validate page authenticity, and machine learning to prevent exploits. [redacted]

**Routine Browser Updates and the August 2025 Update**

24. Comet maintains [redacted] for all browser updates. Each update follows [redacted]: development begins at sprint start, proceeds through comprehensive testing, and concludes with final validation before release. We plan this schedule in advance and are developed over a number of weeks. Our updates provide proactive security maintenance; they are not merely reactive responses to third-party actions.

25. In late August 2025, Comet released a scheduled update that, among other things, merged the latest Chromium upstream changes into our browser. This update included: security patches from the Chromium project, performance improvements to rendering and resource allocation, bug fixes affecting browser stability, and routine maintenance of the Assistant's permission systems. The scope and timing of this release followed our standard biweekly cadence and represented normal operational procedures consistent with industry-standard practices for all Chromium-based browsers.

26. I am aware that Amazon has stated that on August 19, 2025, it implemented technical measures designed to block Comet users from accessing Amazon.com. We first learned of this blocking through user reports on the evening of August 19. We did not develop our August 2025 update in response to or to circumvent Amazon's blocking measures. Development of this update began during our standard sprint planning cycle several weeks before August 19, 2025. We had completed development and entered final testing before Amazon implemented any blocking action. The browser updates we made apply to Comet's core Chromium-based architecture and affect all browsing functionality, whether users employ the Assistant feature or not.

27. Software characteristics inevitably change during updates, particularly when merging upstream browser engine modifications. The August 2025 update naturally modified several technical characteristics: version identifiers updated to reflect the newer Chromium build number, engine characteristics shifted to match upstream specifications, and resource allocation patterns adjusted based on Chromium performance optimizations. These changes are standard byproducts of maintaining synchronization with Chromium and were not designed or intended to bypass or defeat any blocking actions taken by Amazon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on this 25th day of November, 2025 in San Francisco, California.

By Dzianis Yarats (Nov 25, 2025 11:05:30 CST)
Dzianis Yarats