UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 3:25-cv-09514-MMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING PERPLEXITY'S MOTION PURSUANT TO CIVIL L.R. 7-11 TO SEAL PORTIONS OF PERPLEXITY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MATERIALS**<br><br>Hon. Maxine M. Chesney<br>Courtroom 7 |

Before the Court is the motion of Defendant Perplexity AI, Inc. to seal portions of its Opposition to Plaintiff's Motion for Preliminary Injunction, along with portions of its supporting materials. Having considered the papers, and good cause having been found, the Court **GRANTS** the motion and ORDERS as follows:

The following materials, or portions thereof, shall be filed UNDER SEAL and not accessible from the public docket:

| Document | Portions Sought to be Sealed |
|---|---|
| Perplexity's Opposition to Plaintiff's Motion for Preliminary Injunction | Highlighted Portions |
| The Declaration of Dmitry Shevelenko | Highlighted Portions |
| The Declaration of Dzianis Yarats | Highlighted Portions |

**IT IS SO ORDERED.**

DATED: December 3, 2025

Honorable Maxine M. Chesney
United States District Judge