**HUESTON HENNIGAN LLP**
Moez M. Kaba (SBN 257456)
mkaba@hueston.com
Christine Woodin (SBN 295023)
cwoodin@hueston.com
Hagan Scotten (admitted *Pro Hac Vice*)
hscotten@hueston.com
Billy Joe McLain (SBN 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:25-cv-09514-MMC<br><br>**AMAZON.COM SERVICES LLC'S ADMINISTRATIVE MOTION TO PROVISIONALLY SEAL PORTIONS OF PLAINTIFF'S REPLY TO DEFENDANTS'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MATERIALS** |

# MEMORANDUM OF POINTS AND AUTHORITIES

Amazon.com Services LLC ("Amazon"), by and through its undersigned counsel, respectfully moves pursuant to Civil Local Rule 7-11 to provisionally seal portions of its Reply to Perplexity AI, Inc.'s ("Perplexity") Opposition to Amazon's Motion for a Preliminary Injunction and Supporting Materials ("Amazon's Reply").

On November 25, 2025, Perplexity moved to seal portions of its Opposition to Amazon's Motion for Preliminary Injunction and Supporting Materials ("Perplexity's Opposition"). *See* (Dkt. No. 34). On December 3, 2025, the Court granted that request. *See* (Dkt. No. 37). The portions of Amazon's Reply that it provisionally files under seal reference statements from Perplexity's Opposition that this Court has ordered to be filed under seal, (Dkt. No. 37). *See* Civil Local Rule 79-5(b). Consistent with the Court's sealing order, while reserving Amazon's right to later seek to unseal, *see* Civil Local Rule 79-5(g)(3), Amazon provisionally files the following materials under seal:

| Ex. No | Document | Portions to be Sealed | Sealing Basis |
|---|---|---|---|
| Exhibit 1 | Amazon's Reply to Perplexity's Opposition to Amazon's Motion for Preliminary Injunction | Highlighted portions | Referenced statements sealed under the Court's Order at Dkt. No. 37 |
| Exhibit 2 | Declaration of David Evans in Support of Amazon's Reply | Highlighted portions | Referenced statements sealed under the Court's Order at Dkt. No. 37 |

Public versions filed to the docket will redact only those portions.

Dated: December 10, 2025

HUESTON HENNIGAN LLP

By: _____
Moez M. Kaba
Christine Woodin
Hagan Scotten
Billy Joe McLain

*Attorneys for Plaintiff*
*AMAZON.COM SERVICES LLC*