IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PERPLEXITY AI, INC.,<br><br>    Defendant. | Case No. 25-cv-09514-MMC<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; CONTINUING CASE MANAGEMENT CONFERENCE** |

Due to the Court's calendar, the hearing on plaintiff's Motion for Preliminary Injunctive Relief is hereby CONTINUED from January 9, 2026, to February 13, 2026, at 9:00 a.m.

Further, the Court having approved the parties' stipulation to extend the deadline for defendant to respond to the Complaint until thirty days after the Court has ruled on plaintiff's Motion for Preliminary Relief (<u>see</u> Doc. No. 32), the Case Management Conference is hereby CONTINUED from February 27, 2026, to May 15, 2026, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than May 8, 2026.

**IT IS SO ORDERED.**

Dated: December 17, 2025

MAXINE M. CHESNEY
United States District Judge