IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PERPLEXITY AI, INC.,<br><br>    Defendant. | Case No. 25-cv-09514-MMC<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION; DIRECTIONS TO DEFENDANT** |

Before the Court is defendant Perplexity AI, Inc.'s Administrative Motion, filed December 17, 2025, "for Leave to File Supplemental Declaration." Plaintiff Amazon.com Services LLC has filed a Response, in which it consents to the filing of the Supplemental Declaration.

Good cause appearing, defendant's Administrative Motion is hereby GRANTED,[1] and defendant is DIRECTED to file, no later than January 5, 2026, the Supplemental Declaration of Dzianis Yarats as a stand-alone document.

**IT IS SO ORDERED.**

Dated: December 30, 2025

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] In light of this ruling, the Court does not reach defendant's argument that, as an alternative to allowing it to file its supplemental declaration, the Court should strike specified portions of plaintiff's Reply in Support of Its Motion for Preliminary Injunctive Relief and declarations submitted therewith. (See Def.'s Admin. Mot. at 4:19-26.)