**HUESTON HENNIGAN LLP**
Moez M. Kaba (SBN 257456)
mkaba@hueston.com
Christine Woodin (SBN 295023)
cwoodin@hueston.com
Hagan Scotten (admitted *Pro Hac Vice*)
hscotten@hueston.com
Billy Joe McLain (SBN 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:25-cv-09514-MMC<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Civil Local Rule 6-3, Plaintiff Amazon.com Services LLC ("Amazon") respectfully submits this opposition to the Motion of Defendant Perplexity AI, Inc. ("Perplexity") to adjourn the February 13, 2026 hearing on Amazon's request for a preliminary injunction. Perplexity's motion correctly states that Amazon does not believe an attorney's desire to conduct business travel constitutes good cause to adjourn an appearance scheduled by this Court. Dkt. 55 at 2. Perplexity omits, however, that Amazon indicated that it is amenable to a continuance of the preliminary injunction hearing if Perplexity ceases its unauthorized deployment of the Comet AI agent in the Amazon Store's non-public areas until the hearing date. Perplexity's claim that Amazon "did not . . . identify any prejudice it would suffer from a brief continuance," Dkt. 55 at 2–3, is thus incomplete: Amazon has extensively briefed the irreparable harm it is currently suffering as a result of Perplexity's ongoing illegal conduct, making it self-evident that Amazon considers itself prejudiced by allowing such harm to continue for an additional month due to an adjournment. Because Perplexity has refused all requests to cease—or even pause—its unauthorized activities, a prompt hearing on Amazon's motion for a preliminary injunction is necessary.

In order to accommodate Perplexity's counsel without prolonging the harms currently being inflicted on Amazon, Amazon is amenable to appearing on February 6, 2026, if the Court is available on that date. Amazon also remains amenable to an adjournment to a later date if Perplexity will halt the conduct in question during the interim.

Dated: January 13, 2026

HUESTON HENNIGAN LLP

By: _____
Moez M. Kaba
Christine Woodin
Hagan Scotten
Billy Joe McLain

*Attorneys for Plaintiff*

-1-
PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE PRELIMINARY INJUNCTION HEARING – CASE NO. 3:25-CV-09514-MMC