| | |
|---|---|
| HUESTON HENNIGAN LLP<br>Moez M. Kaba (Bar No. 257456)<br>mkaba@hueston.com<br>Christine Woodin (Bar No. 295023)<br>cwoodin@hueston.com<br>Hagan Scotten (admitted *Pro Hac Vice*)<br>hscotten@hueston.com<br>Billy Joe McLain (Bar No. 290682)<br>523 West 6th Street, Suite 400 Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>Facsimile: (888) 866-4825<br><br>Attorneys for Plaintiff<br>Amazon.com Services LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>John B. Quinn (Bar No. 090378)<br>johnquinn@quinnemanuel.com<br>Daniel C. Posner (Bar No. 232009)<br>danposner@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br><br>Andrew Schapiro (admitted *Pro Hac Vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606-1881<br>Telephone:  (312) 705-7400<br>Facsimile:  (312) 705-7401<br><br>Renita N. Sharma (admitted *Pro Hac Vice*)<br>renitasharma@quinnemanuel.com<br>295 5th Avenue, 9th Floor<br>New York, New York 10016<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br><br>William Pilon (Bar No. 326487)<br>williampilon@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:  (650) 801-5000<br>Facsimile:  (650) 801-5100<br><br>Attorneys for Defendant Perplexity AI, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:25-cv-09514-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUPPLEMENTAL BRIEFING REGARDING PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**<br><br>[Civ. L.R. 7-12]<br><br>Hon. Maxine M. Chesney<br>Courtroom 7 |

Plaintiff Amazon.com Services LLC ("Plaintiff") and Defendant Perplexity AI, Inc. ("Defendant," and with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on November 4, 2025, Plaintiff filed the Complaint in this action and concurrently filed a Motion for Preliminary Injunction (the "Motion," ECF 4);

**WHEREAS**, on November 7, 2025, the case was assigned to this Court;

**WHEREAS**, on November 13, 2025, the Court approved the Parties' stipulation setting a briefing schedule providing that Defendant's opposition to the Motion was due November 25, 2025, and Plaintiff's reply was due December 10, 2025;

**WHEREAS**, the Court has scheduled the hearing on Plaintiff's Motion for February 13, 2026, at 9:00 a.m.;

**WHEREAS**, Defendant has filed a motion for a continuance of the hearing from February 13, 2026, to March 6, 2026, or the earliest date thereafter that is convenient for the Court;

**WHEREAS**, the Court has scheduled a virtual hearing on Defendant's continuance motion for Friday, January 16, at 2:00 p.m.;

**WHEREAS**, on January 14, 2025, Defendant informed Plaintiff that it intends to file an administrative motion for leave to submit a supplemental brief opposing Plaintiff's Motion regarding "newly discovered information about Amazon's 'Buy for Me' feature";

**WHEREAS**, on January 15, 2025, the Parties agree that Defendant may file a supplemental brief in opposition to Plaintiff's Motion limited to such newly discovered information, not to exceed ten (10) pages, exclusive of declarations and exhibits; and Plaintiff may, no later than January 23, 2026, file a response to Defendant's supplemental brief, also not to exceed ten (10) pages, exclusive of declarations and exhibits;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective counsel of record, that Defendant Perplexity AI, Inc. may file a supplemental brief in opposition to Plaintiff's Motion limited to newly discovered information regarding Amazon's "Buy for Me" feature, not to exceed ten (10) pages, exclusive of declarations

and exhibits; and Plaintiff Amazon.com Services LLC may, by no later than January 23, 2026, file a response to Defendant's supplemental brief, not to exceed ten (10) pages, exclusive of declarations and exhibits.

DATED: January 15, 2026     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Daniel C. Posner*
    Daniel C. Posner
    *Attorneys for Perplexity AI, Inc.*

DATED: January 15, 2026     HUESTON HENNIGAN LLP

By  */s/ Moez M. Kaba*
    Moez M. Kaba
    *Attorneys for Amazon.com Services LLC*

**PURSUANT TO THE PRECEDING STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. Defendant Perplexity AI, Inc. may file a supplemental brief in opposition to Plaintiff's motion for preliminary injunction limited to newly discovered information regarding Amazon's "Buy for Me" feature, not to exceed ten (10) pages, exclusive of declarations and exhibits.

2. Plaintiff Amazon.com Services LLC may, no later than January 23, 2026, file a response to Defendant's supplemental brief, not to exceed ten (10) pages, exclusive of declarations and exhibits.

DATED: January 15, 2026

Honorable Maxine M. Chesney
United States District Judge