# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 16, 2026          **Time:** 2:02 - 2:20          **Judge:** MAXINE M. CHESNEY
                                           = 18 minutes

**Case No.:** 25-cv-09514-MMC     **Case Name:** Amazon.com Services LLC v. Perplexity AI, Inc.

**Attorney for Plaintiff:** Moez Mansoor Kaba, Christine Woodin
**Attorney for Defendant:** Daniel Posner, Renita Sharma

**Deputy Clerk:** Tracy Geiger                              **Court Reporter:** Zoom Recording

## PROCEEDINGS

Scheduling Conference - hearing held by Zoom.

Defendant's Motion to Continue Hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. No. 55) – Granted, hearing continued to March 6, 2026, at 9:00 a.m.

Court directs defense counsel to immediately notify the court and plaintiff's counsel if his scheduled trial is resolved.

**Case continued to:** March 6, 2026, at 9:00 a.m. for Plaintiff's Motion for Preliminary Injunction

**Order to be prepared by:**
( )    Plaintiff              ( )    Defendant              (X)    Court