| | |
|---|---|
| HUESTON HENNIGAN LLP<br>Moez M. Kaba (Bar No. 257456)<br>mkaba@hueston.com<br>Christine Woodin (Bar No. 295023)<br>cwoodin@hueston.com<br>Hagan Scotten (admitted *Pro Hac Vice*)<br>hscotten@hueston.com<br>Billy Joe McLain (Bar No. 290682)<br>523 West 6th Street, Suite 400 Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>Facsimile: (888) 866-4825<br><br>Attorneys for Plaintiff<br>Amazon.com Services LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>John B. Quinn (Bar No. 090378)<br>johnquinn@quinnemanuel.com<br>Daniel C. Posner (Bar No. 232009)<br>danposner@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Andrew Schapiro (admitted *Pro Hac Vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606-1881<br>Telephone:    (312) 705-7400<br>Facsimile:    (312) 705-7401<br><br>Renita N. Sharma (admitted *Pro Hac Vice*)<br>renitasharma@quinnemanuel.com<br>295 5th Avenue, 9th Floor<br>New York, New York 10016<br>Telephone:    (212) 849-7000<br>Facsimile:    (212) 849-7100<br><br>William Pilon (Bar No. 326487)<br>williampilon@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:    (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Defendant Perplexity AI, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:25-cv-09514-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR SUPPLEMENTAL BRIEFING REGARDING PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**<br><br>[Civ. L.R. 7-12]<br><br>Hon. Maxine M. Chesney<br>Courtroom 7 |

Plaintiff Amazon.com Services LLC ("Plaintiff") and Defendant Perplexity AI, Inc. ("Defendant," and with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on January 14, 2026, Defendant informed Plaintiff that it intended to file an administrative motion for leave to submit a supplemental brief opposing Plaintiff's Motion regarding "newly discovered information about Amazon's 'Buy for Me' feature";

**WHEREAS**, on January 15, 2026, Defendant filed a Stipulation and Proposed Order (ECF No. 58-1) reflecting the Parties agreement that Defendant may file a supplemental brief in opposition to Plaintiff's Motion limited to such newly discovered information, not to exceed ten (10) pages, exclusive of declarations and exhibits; and Plaintiff may, no later than January 23, 2026, file a response to Defendant's supplemental brief, also not to exceed ten (10) pages, exclusive of declarations and exhibits;

**WHEREAS**, on the same day, the Court entered an Order (ECF No. 59) allowing Plaintiff to file a response to Defendant's supplemental brief no later than January 23, 2026;

**WHEREAS**, on January 22, 2026, Plaintiff informed Defendant that Plaintiff and Plaintiff's attorneys were severely affected by the Microsoft Outlook outage;

**WHEREAS**, on the same day, the Parties agreed to extend the date for Plaintiff to file a response to Defendant's supplemental brief to January 26, 2026;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective counsel of record, that Plaintiff Amazon.com Services LLC may, by no later than January 26, 2026, file a response to Defendant's supplemental brief, not to exceed ten (10) pages, exclusive of declarations and exhibits.

DATED: January 23, 2026          HUESTON HENNIGAN LLP

By   /s/ Moez M. Kaba
Moez M. Kaba
*Attorneys for Amazon.com Services LLC*

DATED: January 23, 2026          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Daniel C. Posner
Daniel C. Posner
*Attorneys for Perplexity AI, Inc.*

**PURSUANT TO THE PRECEDING STIPULATION, IT IS SO ORDERED:**

Plaintiff Amazon.com Services LLC may file a response to Defendant's supplemental brief (ECF No. 60) no later than January 26, 2026.

DATED: January _____, 2026

Honorable Maxine M. Chesney
United States District Judge

**ATTESTATION OF MOEZ M. KABA**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Moez M. Kaba.  By his signature, Mr. Kaba attests that he has obtained concurrence in the filing of this document from the attorneys identified on the caption page and in the above signature block.

DATED:  January 23, 2026

By   */s/ Moez M. Kaba*
Moez M. Kaba