**HUESTON HENNIGAN LLP**
Moez M. Kaba (SBN 257456)
mkaba@hueston.com
Christine Woodin (SBN 295023)
cwoodin@hueston.com
Hagan Scotten (*Pro Hac Vice*)
hscotten@hueston.com
Billy Joe McLain (SBN 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM SERVICES LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:25-cv-09514-MMC<br><br>**DECLARATION OF VAUGHN SCHERMERHORN IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF AMAZON'S MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF VAUGHN SCHERMERHORN

I, Vaughn Schermerhorn, declare:

1. I am the Director, Off Amazon Selection ("OAS") and Customer Reviews at Plaintiff Amazon.com Services LLC ("Plaintiff" or "Amazon"). I have held this role since March 2022. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

2. In my role as Director, OAS and Customer Reviews, I oversee Amazon's Buy for Me feature, leading the teams that design and develop the necessary software, maintain and monitor security and privacy safeguards, and plan product enhancements and updates.

**I.      Amazon Introduced Buy for Me in April 2025.**

3. In April 2025, Amazon launched Buy for Me as a beta feature to allow customers to use Amazon to complete purchases from other merchant websites if Amazon does not sell the item directly.

4. Buy for Me enables Amazon to surface and list products available from across the internet. Customers can then find what they are looking for in a single, familiar experience on Amazon.

5. When Amazon has the appropriate capabilities, the Buy for Me feature is available, and Amazon enables the customer to instruct an AI agent to complete the purchase on their behalf, allowing customers to use their stored delivery preferences and payment methods to make a purchase from the merchant.

6. Merchants and products are surfaced on Buy for Me through an automated process, called "crawling," by which Amazon browses the internet and collects data from public merchant websites. Specifically, Amazon gathers product information available on a merchant's site.

7. Each listing also has product availability and pricing information. When a customer clicks on the listing and visits the full detail page for the product, Amazon also conducts a real-time offer refresh.

8. When viewing and purchasing a product through Buy for Me, Amazon customers

are informed that they are engaging with a product listing from a third-party merchant website. On Amazon, products surfaced through Buy for Me are separated from search results available directly through Amazon in a standalone "widget" with a black banner with high-contrast white font informing customers that they are viewing "Results from the web," and that they are able to "Shop other stores directly." On the product's detail page, instead of the usual yellow "Add to cart" and "Buy Now" buttons for products available on Amazon, products surfaced through Buy for Me include a black button that says, "Buy for me." Amazon customers are then informed in the same high-contrast font, "You're about to purchase from [third-party merchant website]."

9. Both in the search results and on each product's detail page, Amazon includes a link labeled "Learn more," which, when clicked, takes customers to an FAQ page explaining that Buy for Me enables customers to "shop with AI assistance." *See Shop Other Stores Directly: Customer FAQ*, Posner Decl., Ex. J, Dkt. No. 60-12.

10. The FAQ page reiterates that when a customer uses the Buy for Me service to buy a product, they are not purchasing a product from Amazon. *See id.*

**II. Amazon Operates Transparently and Adheres to Industry Principles.**

11. Buy for Me operates transparently and adheres to widely used industry principles for automated access.

12. For example, when completing a purchase, Buy for Me identifies itself as an AI agent, by utilizing a user-agent string understood in the industry to signify non-human internet browsing.

13. As another example, before building the Buy for Me listings, Amazon reads the relevant website's robots.txt file (available at the domain name/robots.txt) to read the site's coded instructions. Robots.txt is a standard across websites which provides certain code instructions in an established format on which parts of a website may be crawled. If a merchant's robots.txt requests that the part(s) of the website containing product information not be crawled, Amazon will not create catalog listings for that merchant's products listed on those parts of the website.

14. As yet another example, if a merchant requires a CAPTCHA—a test designed to

1  distinguish computers from humans—at checkout or any other point, Amazon will halt operations
2  on that webpage and will not complete the CAPTCHA.

3        15.    Amazon securely provides the customer's name, stored delivery preferences, and
4  payment method to third-party merchants when placing Buy for Me orders.  Further, orders placed
5  using Buy for Me use an automatically generated, anonymized email address with the
6  @buyforme.amazon domain.  Merchant emails sent to the @buyforme.amazon email are forwarded
7  to the Amazon customer who placed the order without changes.  The customer can also directly
8  email the merchant regarding their order.

9        16.    If a merchant types "buyforme.amazon" into a browser's URL field or into a search
10 engine on the web, they will reach the Amazon FAQ page for Buy for Me, which explains what
11 Buy for Me is.  *See id.*

12       17.    Amazon is compliant with prevailing security protocols for protecting customer
13 information.  Amazon's Buy for Me processes have been audited with a finding of zero defects.

14     **III.**    **Amazon Respects Merchant Preferences.**

15       18.    Amazon respects merchants' choices about participation in Buy for Me, even if a
16 merchant's site is public.  Amazon has a public-facing merchant-specific FAQ page for Buy for
17 Me, which conveys Amazon's Buy for Me operations.  *See Shop Other Stores Directly:*
18 *Merchant FAQ*, Posner Decl., Ex. I, Dkt. No. 60-11.

19       19.    Amazon directs merchants who seek to opt out of Buy for Me to email
20 branddirect@amazon.com.  Amazon responds to opt-out requests within two business days.  *See*
21 *id.*  A merchant's removal from Buy for Me is internally recorded.  Less than 1% of merchants
22 whose products are available through Buy for Me have opted out.

23       20.    Amazon did not access a password-protected portion of Perplexity's website or
24 violate either version Perplexity's robots.txt file rules when gathering Perplexity's product data to
25 create listings.  I have reviewed both Perplexity's April 2025 robots.txt file, a true and correct copy
26 of which is attached hereto as Exhibit 1, and Perplexity's January 16, 2026 robots.txt file
27 https://perplexity.supply/robots.txt, a true and correct copy of which is attached hereto as Exhibit
28

2. The URL pattern Amazon accessed, /products/any-product-handle.js, was not blocked by any "disallow" instruction in Perplexity's robots.txt file, either in April 2025, or in January 2026.

21. As of January 16, 2026, Perplexity had not opted out of Buy for Me by emailing branddirect@amazon.com. *See Shop Other Stores Directly: Merchant FAQ*, Posner Decl., Ex. I, Dkt. No. 60-11. Regardless, as of January 20, 2026, Amazon initiated removal of Perplexity from Buy for Me.

22. Bobo Design Studio is a merchant who requested to opt out from Buy for Me. Once Bobo Design opted out of Buy for Me, Amazon promptly removed it from Buy for Me within two business days.

### IV.     Amazon Only Accesses Public Portions of Websites.

23. Buy for Me does not access password-protected portions of websites. Buy for Me only completes transactions on public websites and does not bypass site security or override authentication requirements.

24. Amazon is aware of a claim by Sammy Gorin Art that it restricted access to its product catalog information through password and authentication controls. In that instance, however, the site's product catalog information was publicly accessible.

25. Amazon gathers public product information from a merchant's websites by visiting "products.json," which is accessed by navigating to the [domain name]/products.json.

26. Sammy Gorin Art's products.json page, available at https://sammygorinart.com/products.json, is not password protected, and contains product catalog information in HTML code. *See Products*, Sammy Gorin Art, https://sammygorinart.com/products.json, a true and correct copy of which is attached hereto as Exhibit 3. Amazon relied on that publicly available products.json data to surface the merchant's selection in the Buy for Me experience. Amazon did not create any accounts to circumvent any wholesaler authentication barriers or otherwise attempt to navigate to protected areas of Sammy Gorin's site, or any other merchant's site. Amazon did not access any password-protected pages on Sammy Gorin Art's website.

27.     Buy for Me would not have been able to complete a purchase on Sammy Gorin Art's website if authentication was required for checkout.  To complete a purchase upon a customer's request, the Buy for Me agent proceeds to a permalink for the cart of a merchant's website (*e.g.*, [domain name]/cart/[variantID]).  If password protection applies to the /cart portion of a website, checkout cannot be completed through Buy for Me.

28.     When Sammy Gorin Art requested to opt out of Buy for Me, Amazon implemented the necessary steps to promptly remove the merchant's products from Buy for Me.

29.     Buy for Me does not have the capability to use or create user credentials for third-party websites.  Buy for Me does not circumvent authentication or use user credentials to secure access to password-protected portions of a website.  Amazon investigates all reports of this nature, coordinates with the merchant as appropriate, and respects merchants' requests to opt-out.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  above is true and correct. Executed on this 26 day of January, 2026, at Seattle, Washington.

*Vaughn Schermerhorn*