# EXHIBIT 1

🔒 PageVault

| | |
|---|---|
| Document title: | Wayback Machine |
| Capture URL: | http://web.archive.org/web/20250408150922/https://perplexity.supply/robots.txt |
| Page loaded at (UTC): | Sat, 24 Jan 2026 00:02:39 GMT |
| Capture timestamp (UTC): | Sat, 24 Jan 2026 00:03:06 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 2 |
| Capture ID: | 9rzuXHavarLfMfBE3PzecA |
| Display Name: | mmckinley |

PDF REFERENCE #:     hNbWg1ebwYQzRXanxpe4yV

```
User-agent: *
Allow: /

Sitemap: https://perplexity.supply/sitemap.xml
```