# EXHIBIT 2

**Page Vault**

| | |
|---|---|
| Document title: | perplexity.supply/robots.txt |
| Capture URL: | https://perplexity.supply/robots.txt |
| Page loaded at (UTC): | Tue, 20 Jan 2026 23:32:19 GMT |
| Capture timestamp (UTC): | Tue, 20 Jan 2026 23:35:16 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 4 |
| Capture ID: | 1HZ4ZHFxsYAaqk41Veyr7t |
| Display Name: | mmckinley |

```
# we use Shopify as our ecommerce platform
#
#  ┌─────────────────────────────────────────────────────────────┐
#  │  Robots & Agent policy                                        │
#  ├─────────────────────────────────────────────────────────────┤
#  │                                                               │
#  │  Checkouts are for humans.                                    │
#  │  * Automated scraping, "buy-for-me" agents, or any end-to-end flow │
#  │    that completes payment without a final human review step is not │
#  │    permitted.                                                 │
#  │  * Legitimate integrators must use the official Checkout Kit: │
#  │      https://www.shopify.com/checkout-kit                     │
#  │                                                               │
#  │  Terms of Service: https://www.shopify.com/legal/terms        │
#  │  Contact: bots@shopify.com                                    │
#  └─────────────────────────────────────────────────────────────┘
#

User-agent: *
Disallow: /a/downloads/-/*
Disallow: /admin
Disallow: /cart
Disallow: /orders
Disallow: /checkouts/
Disallow: /checkout
Disallow: /85916516630/checkouts
Disallow: /85916516630/orders
Disallow: /carts
Disallow: /account
Disallow: /collections/*sort_by*
Disallow: /*/collections/*sort_by*
Disallow: /collections/*+*
Disallow: /collections/*%2B*
Disallow: /collections/*%2b*
Disallow: /*/collections/*+*
Disallow: /*/collections/*%2B*
Disallow: /*/collections/*%2b*
Disallow: */collections/*filter*&*filter*
Disallow: /blogs/*+*
Disallow: /blogs/*%2B*
Disallow: /blogs/*%2b*
Disallow: /*/blogs/*+*
Disallow: /*/blogs/*%2B*
Disallow: /*/blogs/*%2b*
Disallow: /*?*oseid=*
Disallow: /*preview_theme_id*
Disallow: /*preview_script_id*
Disallow: /policies/
Disallow: /*/policies/
Disallow: /*/*?*ls=*&ls=*
Disallow: /*/*?*ls%3D*%3Fls%3D*
Disallow: /*/*?*ls%3d*%3fls%3d*
Disallow: /search
Disallow: /sf_private_access_tokens
Disallow: /apple-app-site-association
Disallow: /.well-known/shopify/monorail
Disallow: /cdn/wpm/*.js
Disallow: /recommendations/products
Disallow: /*/recommendations/products
Disallow: /products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /collections/*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/collections/*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Sitemap: https://perplexity.supply/sitemap.xml

# Google adsbot ignores robots.txt unless specifically named!
User-agent: adsbot-google
Disallow: /checkouts/
Disallow: /checkout
Disallow: /carts
Disallow: /orders
Disallow: /85916516630/checkouts
Disallow: /85916516630/orders
Disallow: /*?*oseid=*
Disallow: /*preview_theme_id*
Disallow: /*preview_script_id*
Disallow: /cdn/wpm/*.js
Disallow: /products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /collections/*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/collections/*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /sf_private_access_tokens

User-agent: Nutch
Disallow: /

User-agent: AhrefsBot
Crawl-delay: 10
Disallow: /a/downloads/-/*
Disallow: /admin
Disallow: /cart
Disallow: /orders
Disallow: /checkouts/
Disallow: /checkout
```

Document title: perplexity.supply/robots.txt
Capture URL: https://perplexity.supply/robots.txt
Capture timestamp (UTC): Tue, 20 Jan 2026 23:35:16 GMT

```
User-agent: Nutch
Disallow: /

User-agent: AhrefsBot
Crawl-delay: 10
Disallow: /a/downloads/-/*
Disallow: /admin
Disallow: /cart
Disallow: /orders
Disallow: /checkouts/
Disallow: /checkout
Disallow: /85916516630/checkouts
Disallow: /85916516630/orders
Disallow: /carts
Disallow: /account
Disallow: /collections/*sort_by*
Disallow: /*/collections/*sort_by*
Disallow: /collections/*+*
Disallow: /collections/*%2B*
Disallow: /collections/*%2b*
Disallow: /*/collections/*+*
Disallow: /*/collections/*%2B*
Disallow: /*/collections/*%2b*
Disallow: */collections/*filter*&*filter*
Disallow: /blogs/*+*
Disallow: /blogs/*%2B*
Disallow: /blogs/*%2b*
Disallow: /*/blogs/*+*
Disallow: /*/blogs/*%2B*
Disallow: /*/blogs/*%2b*
Disallow: /*?*oseid=*
Disallow: /*preview_theme_id*
Disallow: /*preview_script_id*
Disallow: /policies/
Disallow: /*/policies/
Disallow: /*/*?*ls=*&ls=*
Disallow: /*/*?*ls%3D*%3Fls%3D*
Disallow: /*/*?*ls%3d*%3fls%3d*
Disallow: /search
Disallow: /sf_private_access_tokens
Disallow: /apple-app-site-association
Disallow: /.well-known/shopify/monorail
Disallow: /cdn/wpm/*.js
Disallow: /recommendations/products
Disallow: /*/recommendations/products
Disallow: /products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /collections/*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/collections/*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Sitemap: https://perplexity.supply/sitemap.xml

User-agent: AhrefsSiteAudit
Crawl-delay: 10
Disallow: /a/downloads/-/*
Disallow: /admin
Disallow: /cart
Disallow: /orders
Disallow: /checkouts/
Disallow: /checkout
Disallow: /85916516630/checkouts
Disallow: /85916516630/orders
Disallow: /carts
Disallow: /account
Disallow: /collections/*sort_by*
Disallow: /*/collections/*sort_by*
Disallow: /collections/*+*
Disallow: /collections/*%2B*
Disallow: /collections/*%2b*
Disallow: /*/collections/*+*
Disallow: /*/collections/*%2B*
Disallow: /*/collections/*%2b*
Disallow: */collections/*filter*&*filter*
Disallow: /blogs/*+*
Disallow: /blogs/*%2B*
Disallow: /blogs/*%2b*
Disallow: /*/blogs/*+*
Disallow: /*/blogs/*%2B*
Disallow: /*/blogs/*%2b*
Disallow: /*?*oseid=*
Disallow: /*preview_theme_id*
Disallow: /*preview_script_id*
Disallow: /policies/
Disallow: /*/policies/
Disallow: /*/*?*ls=*&ls=*
Disallow: /*/*?*ls%3D*%3Fls%3D*
Disallow: /*/*?*ls%3d*%3fls%3d*
Disallow: /search
Disallow: /sf_private_access_tokens
Disallow: /apple-app-site-association
Disallow: /.well-known/shopify/monorail
Disallow: /cdn/wpm/*.js
Disallow: /recommendations/products
Disallow: /*/recommendations/products
Disallow: /products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
```

```
Disallow: /checkout
Disallow: /85916516630/checkouts
Disallow: /85916516630/orders
Disallow: /carts
Disallow: /account
Disallow: /collections/*sort_by*
Disallow: /*/collections/*sort_by*
Disallow: /collections/*+*
Disallow: /collections/*%2B*
Disallow: /collections/*%2b*
Disallow: /*/collections/*+*
Disallow: /*/collections/*%2B*
Disallow: /*/collections/*%2b*
Disallow: */collections/*filter*&*filter*
Disallow: /blogs/*+*
Disallow: /blogs/*%2B*
Disallow: /blogs/*%2b*
Disallow: /*/blogs/*+*
Disallow: /*/blogs/*%2B*
Disallow: /*/blogs/*%2b*
Disallow: /*?*oseid=*
Disallow: /*preview_theme_id*
Disallow: /*preview_script_id*
Disallow: /policies/
Disallow: /*/policies/
Disallow: /*/*?*ls=*&ls=*
Disallow: /*/*?*ls%3D*%3Fls%3D*
Disallow: /*/*?*ls%3d*%3fls%3d*
Disallow: /search
Disallow: /sf_private_access_tokens
Disallow: /apple-app-site-association
Disallow: /.well-known/shopify/monorail
Disallow: /cdn/wpm/*.js
Disallow: /recommendations/products
Disallow: /*/recommendations/products
Disallow: /products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /collections/*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/collections/*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Sitemap: https://perplexity.supply/sitemap.xml

User-agent: AhrefsSiteAudit
Crawl-delay: 10
Disallow: /a/downloads/-/*
Disallow: /admin
Disallow: /cart
Disallow: /orders
Disallow: /checkouts/
Disallow: /checkout
Disallow: /85916516630/checkouts
Disallow: /85916516630/orders
Disallow: /carts
Disallow: /account
Disallow: /collections/*sort_by*
Disallow: /*/collections/*sort_by*
Disallow: /collections/*+*
Disallow: /collections/*%2B*
Disallow: /collections/*%2b*
Disallow: /*/collections/*+*
Disallow: /*/collections/*%2B*
Disallow: /*/collections/*%2b*
Disallow: */collections/*filter*&*filter*
Disallow: /blogs/*+*
Disallow: /blogs/*%2B*
Disallow: /blogs/*%2b*
Disallow: /*/blogs/*+*
Disallow: /*/blogs/*%2B*
Disallow: /*/blogs/*%2b*
Disallow: /*?*oseid=*
Disallow: /*preview_theme_id*
Disallow: /*preview_script_id*
Disallow: /policies/
Disallow: /*/policies/
Disallow: /*/*?*ls=*&ls=*
Disallow: /*/*?*ls%3D*%3Fls%3D*
Disallow: /*/*?*ls%3d*%3fls%3d*
Disallow: /search
Disallow: /sf_private_access_tokens
Disallow: /apple-app-site-association
Disallow: /.well-known/shopify/monorail
Disallow: /cdn/wpm/*.js
Disallow: /recommendations/products
Disallow: /*/recommendations/products
Disallow: /products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /collections/*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Disallow: /*/collections/*/products/*-[a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9][a-f0-9]-remote
Sitemap: https://perplexity.supply/sitemap.xml

User-agent: MJ12bot
Crawl-delay: 10

User-agent: Pinterest
Crawl-delay: 1
```

Document title: perplexity.supply/robots.txt
Capture URL: https://perplexity.supply/robots.txt
Capture timestamp (UTC): Tue, 20 Jan 2026 23:35:16 GMT