# EXHIBIT 3




| | |
|---|---|
| Document title: | sammygorinart.com/products.json |
| Capture URL: | https://sammygorinart.com/products.json |
| Page loaded at (UTC): | Tue, 20 Jan 2026 23:36:58 GMT |
| Capture timestamp (UTC): | Tue, 20 Jan 2026 23:40:42 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 23 |
| Capture ID: | ckxpgEVTpyLvYAQBoif57U |
| Display Name: | mmckinley |

```
{
  "products": [
    {
      "id": 7551186567262,
      "title": "Hollanov Magnetic Bookmark",
      "handle": "hollanov-magnetic-bookmark",
      "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 1.91\" x 2.6\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
      "published_at": "2026-01-14T15:40:25-05:00",
      "created_at": "2026-01-14T15:11:25-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "",
      "tags": [
        "Bookmark",
        "Magnetic Bookmark"
      ],
      "variants": [
        {
          "id": 42388288667742,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 112",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551186567262,
          "created_at": "2026-01-14T15:11:25-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33991778828382,
          "created_at": "2026-01-14T15:11:00-05:00",
          "position": 1,
          "updated_at": "2026-01-14T15:11:01-05:00",
          "product_id": 7551186567262,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_112_Holla_MockUp_White.png?v=1768421461",
          "width": 1080,
          "height": 1080
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7551187419230,
      "title": "Bow Books Magnetic Bookmark",
      "handle": "bow-books-magnetic-bookmark",
      "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 2.24\" x 2.6\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
      "published_at": "2026-01-14T15:40:24-05:00",
      "created_at": "2026-01-14T15:14:58-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "",
      "tags": [
        "Bookmark",
        "Magnetic Bookmark"
      ],
      "variants": [
        {
          "id": 42388292927582,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 104",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551187419230,
```

```
        "requires_shipping": true,
        "taxable": true,
        "featured_image": null,
        "available": true,
        "price": "4.95",
        "grams": 11,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7551187419230,
        "created_at": "2026-01-14T15:14:58-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33991787184222,
        "created_at": "2026-01-14T15:15:11-05:00",
        "position": 1,
        "updated_at": "2026-01-14T15:15:12-05:00",
        "product_id": 7551187419230,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_104_BowBooks_MockUp_White.png?v=1768421712",
        "width": 1080,
        "height": 1080
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7551187255390,
    "title": "LaBookmark Magnetic Bookmark",
    "handle": "labookmark-magnetic-bookmark",
    "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 1.45\" x 2.3\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
    "published_at": "2026-01-14T15:40:24-05:00",
    "created_at": "2026-01-14T15:14:15-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",
    "product_type": "",
    "tags": [
      "Bookmark",
      "Magnetic Bookmark"
    ],
    "variants": [
      {
        "id": 42388292501598,
        "title": "Default Title",
        "option1": "Default Title",
        "option2": null,
        "option3": null,
        "sku": "MAGBM 103",
        "requires_shipping": true,
        "taxable": true,
        "featured_image": null,
        "available": true,
        "price": "4.95",
        "grams": 11,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7551187255390,
        "created_at": "2026-01-14T15:14:15-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33991786299486,
        "created_at": "2026-01-14T15:14:35-05:00",
        "position": 1,
        "updated_at": "2026-01-14T15:14:36-05:00",
        "product_id": 7551187255390,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_103_LaBook_MockUp_White.png?v=1768421676",
        "width": 1080,
        "height": 1080
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
```

```
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7551186927710,
      "title": "The Husband Did It Knife, True Crime, Magnetic Bookmark",
      "handle": "the-husband-did-it-knife-true-crime-magnetic-bookmark",
      "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 0.85\" x 3\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
      "published_at": "2026-01-14T15:40:24-05:00",
      "created_at": "2026-01-14T15:13:22-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "",
      "tags": [
        "Bookmark",
        "Magnetic Bookmark"
      ],
      "variants": [
        {
          "id": 42388289093726,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 102",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551186927710,
          "created_at": "2026-01-14T15:13:22-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33991820509278,
          "created_at": "2026-01-14T15:39:14-05:00",
          "position": 1,
          "updated_at": "2026-01-14T15:39:16-05:00",
          "product_id": 7551186927710,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_102_TheHusband_MockUp_White_4497dd19-7276-4e4d-b56c-fde3ad4e29f8.png?v=1768423156",
          "width": 1080,
          "height": 1080
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7551186796638,
      "title": "Fridge Cigarette Magnetic Bookmark",
      "handle": "fridge-cigarette-magnetic-bookmark",
      "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 1.16\" x 2.3\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
      "published_at": "2026-01-14T15:40:24-05:00",
      "created_at": "2026-01-14T15:12:45-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "",
      "tags": [
        "Bookmark",
        "Magnetic Bookmark"
      ],
      "variants": [
        {
          "id": 42388288929886,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 101",
          "requires_shipping": true
```

Pretty-print




```
      ],
      "variants": [
        {
          "id": 42388288929886,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 101",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551186796638,
          "created_at": "2026-01-14T15:12:45-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33991819165790,
          "created_at": "2026-01-14T15:38:34-05:00",
          "position": 1,
          "updated_at": "2026-01-14T15:38:36-05:00",
          "product_id": 7551186796638,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_101_FrigCig_MockUp_White_29732fa3-baa2-4f6e-83fd-bc71d492fddb.png?v=1768423116",
          "width": 1080,
          "height": 1080
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7551187812446,
      "title": "Corgi Butt Magnetic Bookmark",
      "handle": "corgi-butt-magnetic-bookmark",
      "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 1.81\" x 2.6\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
      "published_at": "2026-01-14T15:40:22-05:00",
      "created_at": "2026-01-14T15:17:12-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "",
      "tags": [
        "Bookmark",
        "Magnetic Bookmark"
      ],
      "variants": [
        {
          "id": 42388293386334,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 108",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551187812446,
          "created_at": "2026-01-14T15:17:12-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33991788953694,
          "created_at": "2026-01-14T15:17:34-05:00",
          "position": 1,
          "updated_at": "2026-01-14T15:17:35-05:00",
          "product_id": 7551187812446,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_108_CorgiButt_MockUp_White.png?v=1768421855",
          "width": 1080,
          "height": 1080
        }
      ],
```

```
        "created_at": "2026-01-14T15:17:34-05:00",
        "position": 1,
        "updated_at": "2026-01-14T15:17:35-05:00",
        "product_id": 7551187812446,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_108_CorgiButt_MockUp_White.png?v=1768421855",
        "width": 1080,
        "height": 1080
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7551187681374,
    "title": "Romance Tropes Magnetic Bookmark",
    "handle": "romance-tropes-magnetic-bookmark",
    "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 2.34\" x 2.5\"\u003Cbr\u003EBookmark is the same on
both sides.\u003C/span\u003E\u003C/p\u003E",
    "published_at": "2026-01-14T15:40:22-05:00",
    "created_at": "2026-01-14T15:16:35-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",
    "product_type": "",
    "tags": [
      "Bookmark",
      "Magnetic Bookmark"
    ],
    "variants": [
      {
        "id": 42388293222494,
        "title": "Default Title",
        "option1": "Default Title",
        "option2": null,
        "option3": null,
        "sku": "MAGBM 107",
        "requires_shipping": true,
        "taxable": true,
        "featured_image": null,
        "available": true,
        "price": "4.95",
        "grams": 11,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7551187681374,
        "created_at": "2026-01-14T15:16:36-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33991788429406,
        "created_at": "2026-01-14T15:16:56-05:00",
        "position": 1,
        "updated_at": "2026-01-14T15:16:57-05:00",
        "product_id": 7551187681374,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_107_Romance_MockUp_White.png?v=1768421817",
        "width": 1080,
        "height": 1080
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7551187615838,
    "title": "Pink LaBookmark Magnetic Bookmark",
    "handle": "pink-labookmark-magnetic-bookmark",
    "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 1.28\" x 2.3\"\u003Cbr\u003EBookmark is the same on
both sides.\u003C/span\u003E\u003C/p\u003E",
    "published_at": "2026-01-14T15:40:22-05:00",
    "created_at": "2026-01-14T15:16:07-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",
    "product_type": "",
    "tags": [
      "Bookmark",
      "Magnetic Bookmark"
    ],
```

Pretty-print


```
both sides.\u003C/span\u003E\u003C/p\u003E",
      "published_at": "2026-01-14T15:40:22-05:00",
      "created_at": "2026-01-14T15:16:07-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "",
      "tags": [
        "Bookmark",
        "Magnetic Bookmark"
      ],
      "variants": [
        {
          "id": 42388293156958,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 106",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551187615838,
          "created_at": "2026-01-14T15:16:07-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33991788003422,
          "created_at": "2026-01-14T15:16:17-05:00",
          "position": 1,
          "updated_at": "2026-01-14T15:16:19-05:00",
          "product_id": 7551187615838,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_106_PinkLaBook_MockUp_White.png?v=1768421779",
          "width": 1080,
          "height": 1080
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7551187517534,
      "title": "Mahjong Tiles Magnetic Bookmark",
      "handle": "mahjong-tiles-magnetic-bookmark",
      "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 1.44\" x 2.3\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
      "published_at": "2026-01-14T15:40:22-05:00",
      "created_at": "2026-01-14T15:15:32-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "",
      "tags": [
        "Bookmark",
        "Magnetic Bookmark"
      ],
      "variants": [
        {
          "id": 42388293058654,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 105",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551187517534,
          "created_at": "2026-01-14T15:15:32-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33991787479134,
          "created_at": "2026-01-14T15:15:51-05:00",
```

Pretty-print


```
        "product_id": 7551187517534,
        "created_at": "2026-01-14T15:15:32-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33991787479134,
        "created_at": "2026-01-14T15:15:51-05:00",
        "position": 1,
        "updated_at": "2026-01-14T15:15:53-05:00",
        "product_id": 7551187517534,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_105_Mahj_MockUp_White.png?v=1768421753",
        "width": 1080,
        "height": 1080
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7551188303966,
    "title": "Olives Magnetic Bookmark",
    "handle": "olives-magnetic-bookmark",
    "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 0.97\" x 2.45\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
    "published_at": "2026-01-14T15:40:21-05:00",
    "created_at": "2026-01-14T15:19:43-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",
    "product_type": "",
    "tags": [
      "Bookmark",
      "Magnetic Bookmark"
    ],
    "variants": [
      {
        "id": 42388294107230,
        "title": "Default Title",
        "option1": "Default Title",
        "option2": null,
        "option3": null,
        "sku": "MAGBM 113",
        "requires_shipping": true,
        "taxable": true,
        "featured_image": null,
        "available": true,
        "price": "4.95",
        "grams": 11,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7551188303966,
        "created_at": "2026-01-14T15:19:43-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33991789772894,
        "created_at": "2026-01-14T15:20:00-05:00",
        "position": 1,
        "updated_at": "2026-01-14T15:20:02-05:00",
        "product_id": 7551188303966,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_113_Olives_MockUp_White.png?v=1768422002",
        "width": 1080,
        "height": 1080
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7551188238430,
    "title": "Support Your Local Bookstore Magnetic Bookmark",
    "handle": "support-your-local-bookstore-magnetic-bookmark",
    "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 2.5\" x 2.5\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
    "published_at": "2026-01-14T15:40:21-05:00"
```

```
        }
      ]
    },
    {
      "id": 7551188238430,
      "title": "Support Your Local Bookstore Magnetic Bookmark",
      "handle": "support-your-local-bookstore-magnetic-bookmark",
      "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 2.5\" x 2.5\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
      "published_at": "2026-01-14T15:40:21-05:00",
      "created_at": "2026-01-14T15:18:53-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "",
      "tags": [
        "Bookmark",
        "Magnetic Bookmark"
      ],
      "variants": [
        {
          "id": 42388294041694,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 111",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551188238430,
          "created_at": "2026-01-14T15:18:53-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33991789510750,
          "created_at": "2026-01-14T15:19:07-05:00",
          "position": 1,
          "updated_at": "2026-01-14T15:19:08-05:00",
          "product_id": 7551188238430,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_111_LocalBook_MockUp_White.png?v=1768421948",
          "width": 1080,
          "height": 1080
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7551188172894,
      "title": "Romance is Nice Spicy Books Magnetic Bookmark",
      "handle": "romance-is-nice-spicy-books-magnetic-bookmark",
      "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 1.37\" x 2.8\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
      "published_at": "2026-01-14T15:40:21-05:00",
      "created_at": "2026-01-14T15:18:22-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "",
      "tags": [
        "Bookmark",
        "Magnetic Bookmark"
      ],
      "variants": [
        {
          "id": 42388293976158,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 110",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551188172894,
```

```
          "sku": "MAGBM 110",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551188172894,
          "created_at": "2026-01-14T15:18:22-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33991789248606,
          "created_at": "2026-01-14T15:18:37-05:00",
          "position": 1,
          "updated_at": "2026-01-14T15:18:39-05:00",
          "product_id": 7551188172894,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_110_Romance_MockUp_White.png?v=1768421919",
          "width": 1080,
          "height": 1080
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7551188074590,
      "title": "TS Red Scarf Magnetic Bookmark",
      "handle": "ts-red-scarf-magnetic-bookmark",
      "body_html": "\u003Cp\u003E\u003Cmeta charset=\"utf-8\"\u003E\u003Cspan data-sheets-root=\"1\"\u003ESize: 1.54\" x 2.8\"\u003Cbr\u003EBookmark is the same on both sides.\u003C/span\u003E\u003C/p\u003E",
      "published_at": "2026-01-14T15:40:21-05:00",
      "created_at": "2026-01-14T15:17:49-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "",
      "tags": [
        "Bookmark",
        "Magnetic Bookmark"
      ],
      "variants": [
        {
          "id": 42388293648478,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "MAGBM 109",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.95",
          "grams": 11,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7551188074590,
          "created_at": "2026-01-14T15:17:49-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33991789117534,
          "created_at": "2026-01-14T15:18:06-05:00",
          "position": 1,
          "updated_at": "2026-01-14T15:18:08-05:00",
          "product_id": 7551188074590,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/MAGBM_109_RedScarf_MockUp_White.png?v=1768421888",
          "width": 1080,
          "height": 1080
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
```

```
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7546112573534,
      "title": "Cottage Gel Pen",
      "handle": "coming-to-the-cottage-gel-pen",
      "body_html": "\u003Cul class=\"ul1\"\u003E\n\u003Cli class=\"li1\"\u003ESize: 4.75 x .25\"\u003C/li\u003E\n\u003Cli class=\"li1\"\u003E0.5mm
point \u003C/li\u003E\n\u003Cli class=\"li1\"\u003EBlack gel ink \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2026-01-09T14:54:03-05:00",
      "created_at": "2026-01-09T14:52:51-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Pen",
      "tags": [
        "Pens"
      ],
      "variants": [
        {
          "id": 42368874283102,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "P 208",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.00",
          "grams": 9,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7546112573534,
          "created_at": "2026-01-09T14:52:52-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33966280638558,
          "created_at": "2026-01-09T14:53:01-05:00",
          "position": 1,
          "updated_at": "2026-01-09T14:53:02-05:00",
          "product_id": 7546112573534,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/P_208_Cottage_MockUp_White.png?v=1767988382",
          "width": 1080,
          "height": 1080
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7546106216542,
      "title": "Hockey Romance Pen Set",
      "handle": "hockey-romance-pen-set",
      "body_html": "\u003Cul\u003E\n\u003Cli\u003E\u003Cspan style=\"font-family: -apple-system, BlinkMacSystemFont, 'San Francisco', 'Segoe UI', Roboto, 'Helvetica
Neue', sans-serif; font-size: 0.875rem;\"\u003ESet includes four pens\u003C/span\u003E\u003C/li\u003E\n\u003Cli\u003ESize: 4.75 x
.25\"\u003C/li\u003E\n\u003Cli\u003E0.5mm point \u003C/li\u003E\n\u003Cli\u003EBlack gel ink \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2026-01-09T14:49:12-05:00",
      "created_at": "2026-01-09T14:47:26-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Pen",
      "tags": [
        "Pen Sets",
        "Pens"
      ],
      "variants": [
        {
          "id": 42368815792222,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "PS 126",
```

Pretty-print


```
      ],
      "variants": [
        {
          "id": 42368815792222,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "PS 126",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "15.95",
          "grams": 37,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7546106216542,
          "created_at": "2026-01-09T14:47:26-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33966267760734,
          "created_at": "2026-01-09T14:48:48-05:00",
          "position": 1,
          "updated_at": "2026-01-09T14:48:49-05:00",
          "product_id": 7546106216542,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/PS_126_Hockey_MockUp_BackingCard.png?v=1767988129",
          "width": 1080,
          "height": 1080
        },
        {
          "id": 33966267727966,
          "created_at": "2026-01-09T14:48:48-05:00",
          "position": 2,
          "updated_at": "2026-01-09T14:48:49-05:00",
          "product_id": 7546106216542,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/PS_126_Hockey_MockUp_White.png?v=1767988129",
          "width": 1080,
          "height": 1080
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7532811583582,
      "title": "Support Your Local Bookstore Sticker",
      "handle": "support-your-local-bookstore-sticker",
      "body_html": "\u003Cp\u003E\u003Cstrong\u003ESize: \u003C/strong\u003E3\"\u003C/p\u003E\n\u003Cp\u003EOriginal illustration by Sammy
Gorin.\u003C/p\u003E\n\u003Cp\u003E\u003Cspan\u003EProducts might appear smaller or larger in photos, so please review dimensions prior to
purchase. \u003C/span\u003E\u003C/p\u003E\n\u003Cp\u003E\u003Cstrong\u003ESticker Details: \u003C/strong\u003E\u003C/p\u003E\n\u003Cul\u003E\n\u003Cli\u003EPrinted
on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated
with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-
space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone,
notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2026-01-06T12:51:35-05:00",
      "created_at": "2026-01-06T12:51:04-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Stickers and Magnets",
      "tags": [
        "Sticker"
      ],
      "variants": [
        {
          "id": 42326701998174,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "STK 509",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.00",
          "grams": 1,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7532811583582,
          "created_at": "2026-01-06T12:51:04-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
```

```
        "taxable": true,
        "featured_image": null,
        "available": true,
        "price": "4.00",
        "grams": 1,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7532811583582,
        "created_at": "2026-01-06T12:51:04-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33939006914654,
        "created_at": "2026-01-06T12:51:16-05:00",
        "position": 1,
        "updated_at": "2026-01-06T12:51:18-05:00",
        "product_id": 7532811583582,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/STK_509_LocalBook_MockUp_White.png?v=1767721878",
        "width": 1000,
        "height": 1000
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7532811419742,
    "title": "Can You Not? Scottish Fold Cat Sticker",
    "handle": "can-you-not-scottish-fold-cat-sticker",
    "body_html": "\u003Cp\u003E\u003Cstrong\u003ESize: \u003C/strong\u003E3\"\u003C/p\u003E\n\u003Cp\u003EOriginal illustration by Sammy Gorin.\u003C/p\u003E\n\u003Cp\u003E\u003Cspan\u003EProducts might appear smaller or larger in photos, so please review dimensions prior to purchase. \u003C/span\u003E\u003C/p\u003E\n\u003Cp\u003E\u003Cstrong\u003ESticker Details: \u003C/strong\u003E\u003C/p\u003E\n\u003Cul\u003E\n\u003Cli\u003EPrinted on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone, notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
    "published_at": "2026-01-06T12:50:48-05:00",
    "created_at": "2026-01-06T12:50:27-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",
    "product_type": "Stickers and Magnets",
    "tags": [
      "Sticker"
    ],
    "variants": [
      {
        "id": 42326701506654,
        "title": "Default Title",
        "option1": "Default Title",
        "option2": null,
        "option3": null,
        "sku": "STK 508",
        "requires_shipping": true,
        "taxable": true,
        "featured_image": null,
        "available": false,
        "price": "4.00",
        "grams": 1,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7532811419742,
        "created_at": "2026-01-06T12:50:27-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33939005997150,
        "created_at": "2026-01-06T12:50:42-05:00",
        "position": 1,
        "updated_at": "2026-01-06T12:50:44-05:00",
        "product_id": 7532811419742,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/STK_508_CanYouNot_MockUp_White.png?v=1767721844",
        "width": 1000,
        "height": 1000
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
```

```
          "width": 1000,
          "height": 1000
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7532811321438,
      "title": "Romance is Nice Spicy Books Sticker",
      "handle": "romance-is-nice-spicy-books-sticker",
      "body_html": "\u003Cp\u003E\u003Cstrong\u003ESize: \u003C/strong\u003E3\"\u003C/p\u003E\n\u003Cp\u003EOriginal illustration by Sammy
Gorin.\u003C/p\u003E\n\u003Cp\u003E\u003Cspan\u003EProducts might appear smaller or larger in photos, so please review dimensions prior to
purchase. \u003C/span\u003E\u003C/p\u003E\n\u003Cp\u003E\u003Cstrong\u003ESticker Details: \u003C/strong\u003E\u003C/p\u003E\n\u003Cul\u003E\n\u003Cli\u003EPrinted
on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated
with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-
space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone,
notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2026-01-06T12:50:09-05:00",
      "created_at": "2026-01-06T12:49:50-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Stickers and Magnets",
      "tags": [
        "Sticker"
      ],
      "variants": [
        {
          "id": 42326701408350,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "STK 507",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.00",
          "grams": 1,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7532811321438,
          "created_at": "2026-01-06T12:49:50-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33939005702238,
          "created_at": "2026-01-06T12:50:02-05:00",
          "position": 1,
          "updated_at": "2026-01-06T12:50:03-05:00",
          "product_id": 7532811321438,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/STK_507_Romance_MockUp_White.png?v=1767721803",
          "width": 1000,
          "height": 1000
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7532811092062,
      "title": "Hollanov Sticker",
      "handle": "hollanov-sticker",
      "body_html": "\u003Cp\u003E\u003Cstrong\u003ESize: \u003C/strong\u003E3\"\u003C/p\u003E\n\u003Cp\u003EOriginal illustration by Sammy
Gorin.\u003C/p\u003E\n\u003Cp\u003E\u003Cspan\u003EProducts might appear smaller or larger in photos, so please review dimensions prior to
purchase. \u003C/span\u003E\u003C/p\u003E\n\u003Cp\u003E\u003Cstrong\u003ESticker Details: \u003C/strong\u003E\u003C/p\u003E\n\u003Cul\u003E\n\u003Cli\u003EPrinted
on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated
with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-
space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone,
notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2026-01-06T12:49:33-05:00",
      "created_at": "2026-01-06T12:49:14-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Stickers and Magnets",
      "tags": [
```

Pretty-print


```
on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated
with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-
space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone,
notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2026-01-06T12:49:33-05:00",
      "created_at": "2026-01-06T12:49:14-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Stickers and Magnets",
      "tags": [
        "Sticker"
      ],
      "variants": [
        {
          "id": 42326700982366,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "STK 506",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.00",
          "grams": 1,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7532811092062,
          "created_at": "2026-01-06T12:49:14-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33939005341790,
          "created_at": "2026-01-06T12:49:28-05:00",
          "position": 1,
          "updated_at": "2026-01-06T12:49:30-05:00",
          "product_id": 7532811092062,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/STK_506_Holla_MockUp_White.png?v=1767721770",
          "width": 1000,
          "height": 1000
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7532810993758,
      "title": "Dachshund Dog Sticker",
      "handle": "dachshund-dog-sticker",
      "body_html": "\u003Cp\u003E\u003Cstrong\u003ESize: \u003C/strong\u003E3\"\u003C/p\u003E\n\u003Cp\u003EOriginal illustration by Sammy
Gorin.\u003C/p\u003E\n\u003Cp\u003E\u003Cspan\u003EProducts might appear smaller or larger in photos, so please review dimensions prior to
purchase. \u003C/span\u003E\u003C/p\u003E\n\u003Cp\u003E\u003Cstrong\u003ESticker Details: \u003C/strong\u003E\u003C/p\u003E\n\u003Cul\u003E\n\u003Cli\u003EPrinted
on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated
with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-
space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone,
notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2026-01-06T12:48:44-05:00",
      "created_at": "2026-01-06T12:48:29-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Stickers and Magnets",
      "tags": [
        "Sticker"
      ],
      "variants": [
        {
          "id": 42326700621918,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "STK 503",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.00",
          "grams": 1,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7532810993758,
          "created_at": "2026-01-06T12:48:29-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
```

Pretty-print


```
        "featured_image": null,
        "available": true,
        "price": "4.00",
        "grams": 1,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7532810993758,
        "created_at": "2026-01-06T12:48:29-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33939005145182,
        "created_at": "2026-01-06T12:48:54-05:00",
        "position": 1,
        "updated_at": "2026-01-06T12:48:55-05:00",
        "product_id": 7532810993758,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/STK_503_Dachshund_MockUp_White_93829e8f-aa41-431c-9e1b-743f65201c89.png?v=1767721735",
        "width": 1000,
        "height": 1000
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7532810731614,
    "title": "The Husband Did It Knife True Crime Sticker",
    "handle": "the-husband-did-it-knife-true-crime-sticker",
    "body_html": "\u003Cp\u003E\u003Cstrong\u003ESize: \u003C/strong\u003E3\"\u003C/p\u003E\n\u003Cp\u003EOriginal illustration by Sammy Gorin.\u003C/p\u003E\n\u003Cp\u003E\u003Cspan\u003EProducts might appear smaller or larger in photos, so please review dimensions prior to purchase. \u003C/span\u003E\u003C/p\u003E\n\u003Cp\u003E\u003Cstrong\u003ESticker Details: \u003C/strong\u003E\u003C/p\u003E\n\u003Cul\u003E\n\u003Cli\u003EPrinted on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone, notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
    "published_at": "2026-01-06T12:48:14-05:00",
    "created_at": "2026-01-06T12:46:42-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",
    "product_type": "Stickers and Magnets",
    "tags": [
      "Sticker"
    ],
    "variants": [
      {
        "id": 42326700261470,
        "title": "Default Title",
        "option1": "Default Title",
        "option2": null,
        "option3": null,
        "sku": "STK 502",
        "requires_shipping": true,
        "taxable": true,
        "featured_image": null,
        "available": true,
        "price": "4.00",
        "grams": 1,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7532810731614,
        "created_at": "2026-01-06T12:46:42-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33939003342942,
        "created_at": "2026-01-06T12:46:54-05:00",
        "position": 1,
        "updated_at": "2026-01-06T12:46:56-05:00",
        "product_id": 7532810731614,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/STK_502_TheHusband_MockUp_White.png?v=1767721616",
        "width": 1000,
        "height": 1000
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
```

Pretty-print


```
        "height": 1000
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7532810633310,
    "title": "Romance Book Tropes Sticker",
    "handle": "romance-book-tropes-sticker",
    "body_html": "\u003Cp\u003E\u003Cstrong\u003ESize: \u003C/strong\u003E3\"\u003C/p\u003E\n\u003Cp\u003EOriginal illustration by Sammy Gorin.\u003C/p\u003E\n\u003Cp\u003E\u003Cspan\u003EProducts might appear smaller or larger in photos, so please review dimensions prior to purchase. \u003C/span\u003E\u003C/p\u003E\n\u003Cp\u003E\u003Cstrong\u003ESticker Details: \u003C/strong\u003E\u003C/p\u003E\n\u003Cul\u003E\n\u003Cli\u003EPrinted on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone, notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
    "published_at": "2026-01-06T12:46:31-05:00",
    "created_at": "2026-01-06T12:46:08-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",
    "product_type": "Stickers and Magnets",
    "tags": [
      "Sticker"
    ],
    "variants": [
      {
        "id": 42326699901022,
        "title": "Default Title",
        "option1": "Default Title",
        "option2": null,
        "option3": null,
        "sku": "STK 501",
        "requires_shipping": true,
        "taxable": true,
        "featured_image": null,
        "available": true,
        "price": "4.00",
        "grams": 1,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7532810633310,
        "created_at": "2026-01-06T12:46:09-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33939003048030,
        "created_at": "2026-01-06T12:46:25-05:00",
        "position": 1,
        "updated_at": "2026-01-06T12:46:27-05:00",
        "product_id": 7532810633310,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/STK_501_Romance_MockUp_White.png?v=1767721587",
        "width": 1000,
        "height": 1000
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7532810502238,
    "title": "Friends Don't Lie Sticker",
    "handle": "friends-dont-lie-sticker",
    "body_html": "\u003Cp\u003E\u003Cstrong\u003ESize: \u003C/strong\u003E3\"\u003C/p\u003E\n\u003Cp\u003EOriginal illustration by Sammy Gorin.\u003C/p\u003E\n\u003Cp\u003E\u003Cspan\u003EProducts might appear smaller or larger in photos, so please review dimensions prior to purchase. \u003C/span\u003E\u003C/p\u003E\n\u003Cp\u003E\u003Cstrong\u003ESticker Details: \u003C/strong\u003E\u003C/p\u003E\n\u003Cul\u003E\n\u003Cli\u003EPrinted on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone, notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
    "published_at": "2026-01-06T12:45:54-05:00",
    "created_at": "2026-01-06T12:45:26-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",
    "product_type": "Stickers and Magnets",
    "tags": [
      "Sticker"
```

Pretty-print ☑


```
with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-
space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone,
notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2026-01-06T12:45:54-05:00",
      "created_at": "2026-01-06T12:45:26-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Stickers and Magnets",
      "tags": [
        "Sticker"
      ],
      "variants": [
        {
          "id": 42326699769950,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "STK 500",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.00",
          "grams": 1,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7532810502238,
          "created_at": "2026-01-06T12:45:27-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33939002556510,
          "created_at": "2026-01-06T12:45:49-05:00",
          "position": 1,
          "updated_at": "2026-01-06T12:45:50-05:00",
          "product_id": 7532810502238,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/STK_500_FDL_MockUp_White.png?v=1767721550",
          "width": 1000,
          "height": 1000
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7528460845150,
      "title": "Are You Ready to Score? Hollanov Valentine's Day Card",
      "handle": "are-you-ready-to-score-hollanov-valentines-day-card",
      "body_html": "\u003Cul\u003E\n\u003Cli\u003EOriginal artwork by Sammy Gorin \u003C/li\u003E\n\u003Cli\u003ESize: A2 folded card (5.5” x
4.25”)\u003C/li\u003E\n\u003Cli\u003EPaper: Matte, heavy cardstock\u003C/li\u003E\n\u003Cli\u003EInside: Blank  \u003C/li\u003E\n\u003Cli\u003EIncludes 1 matching
envelope\u003C/li\u003E\n\u003Cli\u003EPackaged in a cellophane sleeve  \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2025-12-29T11:59:50-05:00",
      "created_at": "2025-12-29T11:59:02-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Greeting Card",
      "tags": [
        "Love",
        "Love & Friendship",
        "Valentine's Day",
        "Valentine's Day 2026"
      ],
      "variants": [
        {
          "id": 42308707024990,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "LF 200",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "5.50",
          "grams": 12,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7528460845150,
          "created_at": "2025-12-29T11:59:03-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
```

Pretty-print


```
        "price": "5.50",
        "grams": 12,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7528460845150,
        "created_at": "2025-12-29T11:59:03-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33903195717726,
        "created_at": "2025-12-29T11:59:18-05:00",
        "position": 1,
        "updated_at": "2025-12-29T11:59:19-05:00",
        "product_id": 7528460845150,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/LF_200_Score_MockUp_White.png?v=1767027559",
        "width": 999,
        "height": 999
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7527245742174,
    "title": "Roz Hockey Trading Card Sticker",
    "handle": "roz-hockey-trading-card-sticker",
    "body_html": "\u003Cp\u003E\u003Cstrong\u003ESize: \u003C/strong\u003E3\"\u003C/p\u003E\n\u003Cp\u003EOriginal illustration by Sammy
Gorin.\u003C/p\u003E\n\u003Cp\u003E\u003Cspan\u003EProducts might appear smaller or larger in photos, so please review dimensions prior to
purchase. \u003C/span\u003E\u003C/p\u003E\n\u003Cp\u003E\u003Cstrong\u003ESticker Details: \u003C/strong\u003E\u003C/p\u003E\n\u003Cul\u003E\n\u003Cli\u003EPrinted
on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated
with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-
space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone,
notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
    "published_at": "2025-12-26T14:32:03-05:00",
    "created_at": "2025-12-26T14:31:22-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",
    "product_type": "Stickers and Magnets",
    "tags": [
      "Sticker"
    ],
    "variants": [
      {
        "id": 42304530219102,
        "title": "Default Title",
        "option1": "Default Title",
        "option2": null,
        "option3": null,
        "sku": "STK 505",
        "requires_shipping": true,
        "taxable": true,
        "featured_image": null,
        "available": true,
        "price": "4.00",
        "grams": 1,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7527245742174,
        "created_at": "2025-12-26T14:31:22-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33894594969694,
        "created_at": "2025-12-26T14:31:54-05:00",
        "position": 1,
        "updated_at": "2025-12-26T14:31:56-05:00",
        "product_id": 7527245742174,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/IMG-1946.png?v=1766777516",
        "width": 2048,
        "height": 2048
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
```

```
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7527242235998,
      "title": "Shane Hockey Trading Card Sticker",
      "handle": "shane-hockey-trading-card-sticker",
      "body_html": "\u003Cp\u003E\u003Cstrong\u003ESize: \u003C/strong\u003E3\"\u003C/p\u003E\n\u003Cp\u003EOriginal illustration by Sammy Gorin.\u003C/p\u003E\n\u003Cp\u003E\u003Cspan\u003EProducts might appear smaller or larger in photos, so please review dimensions prior to purchase. \u003C/span\u003E\u003C/p\u003E\n\u003Cp\u003E\u003Cstrong\u003ESticker Details: \u003C/strong\u003E\u003C/p\u003E\n\u003Cul\u003E\n\u003Cli\u003EPrinted on a thick, premium vinyl.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003EWaterproof, dishwasher safe and coated with a protective laminate to make them resistant to wind, rain, water, sunlight, and scratching.\u003Cspan class=\"Apple-converted-space\"\u003E \u003C/span\u003E\n\u003C/li\u003E\n\u003Cli\u003E\n\u003Cspan class=\"Apple-converted-space\"\u003EYou can place your stickers on your laptop, phone, notebooks, planners, water bottles, helmets and more.  \u003C/span\u003E \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2025-12-26T14:30:50-05:00",
      "created_at": "2025-12-26T14:28:57-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Stickers and Magnets",
      "tags": [
        "Sticker"
      ],
      "variants": [
        {
          "id": 42304525959262,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "STK 504",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "4.00",
          "grams": 1,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7527242235998,
          "created_at": "2025-12-26T14:28:58-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33894589104222,
          "created_at": "2025-12-26T14:30:26-05:00",
          "position": 1,
          "updated_at": "2025-12-26T14:30:28-05:00",
          "product_id": 7527242235998,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/IMG-1947.png?v=1766777428",
          "width": 2048,
          "height": 2048
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7527213236318,
      "title": "Hope Your Birthday Isn't Too Boring Card",
      "handle": "hope-your-birthday-isnt-too-boring-card",
      "body_html": "\u003Cul\u003E\n\u003Cli\u003EOriginal artwork by Sammy Gorin \u003C/li\u003E\n\u003Cli\u003ESize: A2 folded card (5.5” x 4.25”)\u003C/li\u003E\n\u003Cli\u003EPaper: Matte, heavy cardstock\u003C/li\u003E\n\u003Cli\u003EInside: Blank  \u003C/li\u003E\n\u003Cli\u003EIncludes 1 matching envelope\u003C/li\u003E\n\u003Cli\u003EPackaged in a cellophane sleeve  \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2025-12-26T14:27:21-05:00",
      "created_at": "2025-12-26T13:55:04-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Greeting Card",
      "tags": [
        "Birthday"
      ],
      "variants": [
        {
          "id": 42304490012766,
          "title": "Default Title",
          "option1": "Default Title"
```

Pretty-print


```
      "vendor": "Sammy Gorin LLC",
      "product_type": "Greeting Card",
      "tags": [
        "Birthday"
      ],
      "variants": [
        {
          "id": 42304490012766,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "HB 225",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "5.50",
          "grams": 12,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7527213236318,
          "created_at": "2025-12-26T13:55:04-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33894575112286,
          "created_at": "2025-12-26T14:27:10-05:00",
          "position": 1,
          "updated_at": "2025-12-26T14:27:12-05:00",
          "product_id": 7527213236318,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/IMG-1944.png?v=1766777232",
          "width": 2048,
          "height": 2048
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7517579935838,
      "title": "Sorry, Did You Want Some? Raccoon Birthday Cake Card",
      "handle": "sorry-did-you-want-some-raccoon-birthday-cake-card",
      "body_html": "\u003Cul\u003E\n\u003Cli\u003EOriginal artwork by Sammy Gorin \u003C/li\u003E\n\u003Cli\u003ESize: A2 folded card (5.5” x 
4.25”)\u003C/li\u003E\n\u003Cli\u003EPaper: Matte, heavy cardstock\u003C/li\u003E\n\u003Cli\u003EInside: Blank  \u003C/li\u003E\n\u003Cli\u003EIncludes 1 matching 
envelope\u003C/li\u003E\n\u003Cli\u003EPackaged in a cellophane sleeve  \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2025-12-12T11:07:36-05:00",
      "created_at": "2025-12-12T11:07:08-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Greeting Card",
      "tags": [
        "Birthday"
      ],
      "variants": [
        {
          "id": 42273804812382,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "HB 224",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "5.50",
          "grams": 12,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7517579935838,
          "created_at": "2025-12-12T11:07:09-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33783416520798,
          "created_at": "2025-12-12T11:07:20-05:00",
          "position": 1,
          "updated_at": "2025-12-12T11:07:22-05:00",
          "product_id": 7517579935838,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/HB_224_RaccoonCake_MockUp_White_426a0e57-5624-4d14-9477-b83123d81ec5.png?v=1765555642",
```

],
    "images": [
      {
        "id": 33783416520798,
        "created_at": "2025-12-12T11:07:20-05:00",
        "position": 1,
        "updated_at": "2025-12-12T11:07:22-05:00",
        "product_id": 7517579935838,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/HB_224_RaccoonCake_MockUp_White_426a0e57-5624-4d14-9477-b83123d81ec5.png?v=1765555642",
        "width": 999,
        "height": 999
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7517579870302,
    "title": "Let's Get Trashed, Drunk Raccoon Bathroom, Birthday Card",
    "handle": "lets-get-trashed-drunk-raccoon-bathroom-birthday-card",
    "body_html": "\u003Cul\u003E\n\u003Cli\u003EOriginal artwork by Sammy Gorin \u003C/li\u003E\n\u003Cli\u003ESize: A2 folded card (5.5” x 4.25”)\u003C/li\u003E\n\u003Cli\u003EPaper: Matte, heavy cardstock\u003C/li\u003E\n\u003Cli\u003EInside: Blank  \u003C/li\u003E\n\u003Cli\u003EIncludes 1 matching envelope\u003C/li\u003E\n\u003Cli\u003EPackaged in a cellophane sleeve  \u003C/li\u003E\n\u003C/ul\u003E",
    "published_at": "2025-12-12T11:06:50-05:00",
    "created_at": "2025-12-12T11:06:02-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",
    "product_type": "Greeting Card",
    "tags": [
      "Birthday"
    ],
    "variants": [
      {
        "id": 42273803665502,
        "title": "Default Title",
        "option1": "Default Title",
        "option2": null,
        "option3": null,
        "sku": "HB 223",
        "requires_shipping": true,
        "taxable": true,
        "featured_image": null,
        "available": true,
        "price": "5.50",
        "grams": 12,
        "compare_at_price": null,
        "position": 1,
        "product_id": 7517579870302,
        "created_at": "2025-12-12T11:06:02-05:00",
        "updated_at": "2026-01-20T18:39:42-05:00"
      }
    ],
    "images": [
      {
        "id": 33783379722334,
        "created_at": "2025-12-12T11:06:28-05:00",
        "position": 1,
        "updated_at": "2025-12-12T11:06:29-05:00",
        "product_id": 7517579870302,
        "variant_ids": [],
        "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/HB_223_TrashedRaccoon_MockUp_White.png?v=1765555589",
        "width": 999,
        "height": 999
      }
    ],
    "options": [
      {
        "name": "Title",
        "position": 1,
        "values": [
          "Default Title"
        ]
      }
    ]
  },
  {
    "id": 7517579739230,
    "title": "With Love from Colorful Colorado Card",
    "handle": "with-love-from-colorful-colorado-card",
    "body_html": "\u003Cul\u003E\n\u003Cli\u003EOriginal artwork by Sammy Gorin \u003C/li\u003E\n\u003Cli\u003ESize: A2 folded card (5.5” x 4.25”)\u003C/li\u003E\n\u003Cli\u003EPaper: Matte, heavy cardstock\u003C/li\u003E\n\u003Cli\u003EInside: Blank  \u003C/li\u003E\n\u003Cli\u003EIncludes 1 matching envelope\u003C/li\u003E\n\u003Cli\u003EPackaged in a cellophane sleeve  \u003C/li\u003E\n\u003C/ul\u003E",
    "published_at": "2025-12-12T11:05:36-05:00",
    "created_at": "2025-12-12T11:04:57-05:00",
    "updated_at": "2026-01-20T18:39:42-05:00",
    "vendor": "Sammy Gorin LLC",

Pretty-print


```
          "position": 1,
          "product_id": 7517579870302,
          "created_at": "2025-12-12T11:06:02-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33783379722334,
          "created_at": "2025-12-12T11:06:28-05:00",
          "position": 1,
          "updated_at": "2025-12-12T11:06:29-05:00",
          "product_id": 7517579870302,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/HB_223_TrashedRaccoon_MockUp_White.png?v=1765555589",
          "width": 999,
          "height": 999
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    },
    {
      "id": 7517579739230,
      "title": "With Love from Colorful Colorado Card",
      "handle": "with-love-from-colorful-colorado-card",
      "body_html": "\u003Cul\u003E\n\u003Cli\u003EOriginal artwork by Sammy Gorin \u003C/li\u003E\n\u003Cli\u003ESize: A2 folded card (5.5” x 
4.25”)\u003C/li\u003E\n\u003Cli\u003EPaper: Matte, heavy cardstock\u003C/li\u003E\n\u003Cli\u003EInside: Blank  \u003C/li\u003E\n\u003Cli\u003EIncludes 1 matching 
envelope\u003C/li\u003E\n\u003Cli\u003EPackaged in a cellophane sleeve  \u003C/li\u003E\n\u003C/ul\u003E",
      "published_at": "2025-12-12T11:05:36-05:00",
      "created_at": "2025-12-12T11:04:57-05:00",
      "updated_at": "2026-01-20T18:39:42-05:00",
      "vendor": "Sammy Gorin LLC",
      "product_type": "Greeting Card",
      "tags": [
        "Cities & States",
        "Everyday",
        "Greeting Card",
        "With Love From"
      ],
      "variants": [
        {
          "id": 42273803534430,
          "title": "Default Title",
          "option1": "Default Title",
          "option2": null,
          "option3": null,
          "sku": "EVD 120",
          "requires_shipping": true,
          "taxable": true,
          "featured_image": null,
          "available": true,
          "price": "5.50",
          "grams": 12,
          "compare_at_price": null,
          "position": 1,
          "product_id": 7517579739230,
          "created_at": "2025-12-12T11:04:58-05:00",
          "updated_at": "2026-01-20T18:39:42-05:00"
        }
      ],
      "images": [
        {
          "id": 33783372906590,
          "created_at": "2025-12-12T11:05:26-05:00",
          "position": 1,
          "updated_at": "2025-12-12T11:05:27-05:00",
          "product_id": 7517579739230,
          "variant_ids": [],
          "src": "https://cdn.shopify.com/s/files/1/0021/6835/6921/files/EVD_120_ColorfulCO_MockUp_White.png?v=1765555527",
          "width": 999,
          "height": 999
        }
      ],
      "options": [
        {
          "name": "Title",
          "position": 1,
          "values": [
            "Default Title"
          ]
        }
      ]
    }
  ]
}
```