QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Andrew Schapiro (admitted *Pro Hac Vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
Telephone:     (312) 705-7400
Facsimile:     (312) 705-7401

Renita N. Sharma (admitted *Pro Hac Vice*)
renitasharma@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone:     (212) 849-7000
Facsimile:     (212) 849-7100

William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendant Perplexity AI, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:25-cv-09514-MMC<br><br>**DEFENDANT'S STATEMENT IN RESPONSE TO COURT ORDER REGARDING HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DKT. 61)**<br><br>Hon. Maxine M. Chesney<br>Courtroom 7<br><br>Hearing Date: March 6, 2026<br>Hearing Time: 9:00 a.m. |

1    Defendant Perplexity AI, Inc., by and through its undersigned counsel, hereby notifies the

2  Court as follows:

3    In the Court's January 16, 2026 Order (Dkt. No. 61), which granted Defendant's Motion to

4  Continue Hearing on Plaintiff's Motion for Preliminary Injunction, and scheduled the hearing on

5  Plaintiff's motion for March 6, 2026, at 9 a.m., the Court directed defense counsel to "immediately

6  notify the court and plaintiff's counsel if his scheduled trial is resolved."

7    Defendant hereby notifies the Court (and has previously notified Plaintiff's counsel) that

8  defense counsel's trial conflict resolved through a settlement this week.

9    Defendant has met and conferred with Plaintiff regarding whether defense counsel's

10  resolution of the trial conflict would permit an earlier hearing on Plaintiff's motion.  The parties

11  have agreed that, at this stage, judicial economy would be served by maintaining the currently

12  scheduled hearing on March 6 at 9 a.m.

13

14  DATED:  February 6, 2026              QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
15

16

17                                       By_____/s/ Daniel C. Posner_____
                                              Daniel C. Posner
18                                            *Attorneys for Defendant Perplexity AI, Inc.*

19

20

21

22

23

24

25

26

27

28