**HUESTON HENNIGAN LLP**
Moez M. Kaba (SBN 257456)
mkaba@hueston.com
Christine Woodin (SBN 295023)
cwoodin@hueston.com
Hagan Scotten (admitted *Pro Hac Vice*)
hscotten@hueston.com
Billy Joe McLain (SBN 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:25-cv-09514-MMC<br><br>**STATEMENT OF RECENT DECISION RELATING TO AMAZON'S MOTION FOR PRELIMINARY INJUNCTION** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to Local Rule 7-3(d)(2), Plaintiff Amazon.com Services LLC ("Amazon") lodges this Statement of Recent Decision in support of its Motion for Preliminary Injunction. (*See* Pl.'s Mot. Prelim. Inj., Dkt. No. 4.)

Attached as Exhibit A is the Tenth Circuit's order reversing the dismissal of Moxie's CFAA claim in *Moxie Pest Control (Utah), LLC v. Nielsen*, 164 F.4th 1195 (10th Cir. 2026). *Moxie* addresses whether investigative costs satisfy the CFAA's loss requirement after *Van Buren v. United States*, 593 U.S. 374 (2021). (Ex. A at 4–6.) With the *Moxie* decision, the Tenth Circuit joins the Fourth, Sixth, and Eleventh Circuits—as well as several courts in this District—in holding that costs incurred to investigate and respond to unauthorized access constitute "loss" under 18 U.S.C. § 1030(e)(11). (Ex. A at 5.) *Moxie* thus refutes Perplexity's argument here that Amazon's investigative costs do not qualify as losses under the CFAA. (*See* Def.'s Opp'n to Pl.'s Mot. Prelim. Inj. 16, Dkt. No. 35; *see also* Prelim. Inj. 17–18, Dkt. No. 4.)

Dated: March 2, 2026                                    HUESTON HENNIGAN LLP

                                                        By: _____
                                                            Moez M. Kaba
                                                            Christine Woodin
                                                            Hagan Scotten
                                                            Billy Joe McLain

                                                        *Attorneys for Plaintiff*
                                                        *AMAZON.COM SERVICES LLC*