1

2  **OPPENHEIM + ZEBRAK, LLP**
3  Jennifer L. Pariser (*pro hac vice* pending)
   461 Fifth Avenue, 19th Floor
4  New York, NY 10017
   Telephone: (212) 951-1156
5  jpariser@oandzlaw.com

6  **SHADES OF GRAY LAW GROUP, P.C.**
7  Naomi Jane Gray (Bar #230171)
   100 Shoreline Highway, Suite 386B
8  Mill Valley, CA 94941
   (415) 746-9260
9  ngray@shadesofgray.law

10
   *Attorneys for Amici Curiae RELX, Inc.,*
11 *LexisNexis Risk Solutions Inc. and*
   *Elsevier, Inc.*
12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                    **SAN FRANCISCO DIVISION**
15

16 | AMAZON.COM SERVICES LLC, a | Case No. 3:25-cv-09514-MMC |

17 Delaware limited liability company,

                 Plaintiff,                **MOTION FOR LEAVE TO FILE BRIEF**
18                                         **OF RELX, INC., LEXISNEXIS RISK**
        v.                                 **SOLUTIONS INC., AND ELSEVIER, INC.**
19                                         **AS *AMICI CURIAE* IN SUPPORT OF**
   PERPLEXITY AI, INC., a Delaware         **PLAINTIFF'S MOTION FOR A**
20 corporation,                            **PRELIMINARY INJUNCTION**

21               Defendant.                Judge: Hon. Maxine M. Chesney

22                                         *(Filed concurrently with Proposed Amicus*
                                           *Brief and Proposed Order)*
23

24

25

26

27

28

1    PLEASE TAKE NOTICE THAT proposed *Amici Curiae* RELX, Inc., LexisNexis Risk
2  Solutions Inc., and Elsevier Inc. move for leave to file the accompanying Brief of *Amici Curiae*
3  in Support of the Plaintiff's Motion for a Preliminary Injunction (ECF No. 4, the "Motion").
4  Plaintiff's counsel has consented to this filing, and Defendant's counsel has not consented. No
5  counsel for any party authored this brief in whole or in part or made any monetary contribution
6  intended to fund the preparation or submission of this brief.

7    *Amici* are part of the RELX family of companies, providers of information-based
8  analytics and research for professional customers in several business sectors including legal, risk,
9  and scientific/technical/medical. *Amici* represent an important sector of the online e-commerce
10 ecosystem with knowledge of how agentic AI agents align with large platforms. *Amici* have an
11 important perspective and insight to offer the Court in its consideration of the pending Motion. In
12 particular, *amici* can speak to the rationale for why online service providers of all sorts, not just
13 Amazon, prohibit password sharing and the use of automated mechanisms on their platforms and
14 why Perplexity's Comet does not function like a human actor in this setting. Simply put, *amici*
15 can offer a view of the public interest in the proposed preliminary injunction not otherwise
16 shared with the Court by the parties and other *amicus curae*.

17    District courts have broad discretion to appoint *amici curiae*. *NetChoice, LLC v. Bonta*,
18 No. 22-08861, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023) (granting proposed *amici*
19 *curiae's* motions for leave to file briefs supporting a preliminary injunction motion) (citing
20 *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v.*
21 *Conner*, 515 U.S. 472 (1995)). "*Amici* need only show that their participation is useful to the
22 court", particularly in cases of general public interest. *Id. See Funbus Sys., Inc. v. Cal. Pub. Utils.*
23 *Comm'n*, 801 F.2d 1120, 1125 (9th Cir. 1986) ("classic role" of *amici* is "assisting in a case of

general public interest") (internal citation omitted).  Indeed, District Courts in this Circuit have accepted *amicus* briefs **on the eve of oral argument** where the brief would be useful. *See Chinatown Neighborhood Ass'n v. Brown*, 539 Fed.Appx. 761, 763 (9th Cir. 2013).

For the foregoing reasons, amici respectfully request that this Court grant it leave to file the accompanying proposed Brief of Amici Curiae in Support of Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted,

Dated: March 5, 2026

By: /s/ Jennifer L. Pariser

**OPPENHEIM + ZEBRAK, LLP**
Jennifer L. Pariser (*pro hac vice* pending)
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com

**SHADES OF GRAY LAW GROUP, P.C.**
Naomi Jane Gray
100 Shoreline Highway, Suite 386B
Mill Valley, CA 94941
(415) 746-9260
ngray@shadesofgray.law

*Attorneys for Amici Curiae RELX, Inc., LexisNexis Risk Solutions, Inc. and Elsevier, Inc.*