UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amazon.com Services LLC , <br><br> Plaintiff(s), <br><br> v. <br><br> Perplexity AI, Inc. , <br><br> Defendant(s). | Case No. 3:25-cv-09514-MMC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> **(CIVIL LOCAL RULE 11-3)** |

I, Jennifer L. Pariser, an active member in good standing of the bar of the USDC, Southern District of NY, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Amici Curae RELX, Inc. et al. in the above-entitled action. My local co-counsel in this case is Naomi Jane Gray, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 230171.

461 Fifth Ave., 19th Floor, NY, NY 10017
MY ADDRESS OF RECORD

100 Shoreline Hwy, #386B, Mill Valley, CA 94941
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 951-1154
MY TELEPHONE # OF RECORD

(415) 746-9260
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jpariser@oandzlaw.com
MY EMAIL ADDRESS OF RECORD

ngray@shadesofgray.law
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2332815.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2026

*Jennifer L. Pariser*
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021

2

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

__JENNIFER LYNN PARISER__, Bar # __JP9111__

was duly admitted to practice in the Court on

__December 31, 1998__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  January 30, 2026
New York, New York

*Tammi M. Hellwig* (signature)

Tammi M. Hellwig
Clerk of Court

By   s/ R. Juliano
     Deputy Clerk