| | |
|---|---|
| 1 | **OPPENHEIM + ZEBRAK, LLP** |
| 2 | Jennifer L. Pariser (*pro hac vice* pending)<br>461 Fifth Avenue, 19th Floor |
| 3 | New York, NY 10017<br>Telephone: (212)951-1156 |
| 4 | jpariser@oandzlaw.com |
| 5 | **SHADES OF GRAY LAW GROUP, P.C.** |
| 6 | Naomi Jane Gray (Bar #230171)<br>100 Shoreline Highway, Suite 386B |
| 7 | Mill Valley, CA 94941<br>(415) 746-9260 |
| 8 | ngray@shadesofgray.law |
| 9 | *Attorneys for Amici Curiae RELX, Inc.,* |
| 10 | *LexisNexis Risk Solutions Inc. and*<br>*Elsevier, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:25-cv-09514-MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF RELX, INC., LEXISNEXIS RISK SOLUTIONS INC., AND ELSEVIER, INC. AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Maxine M. Chesney<br><br>*(Filed concurrently with Motion and Proposed Brief)* |

1  Upon consideration of the Motion of Proposed *Amici Curiae* for Leave to File Brief
2  Support of Plaintiff's Motion for a Preliminary Injunction, it is hereby:
3
4  ORDERED that the Motion is GRANTED; and it is FURTHER ORDERED that the
5  Brief of *Amici Curiae* be filed on the docket by counsel.
6
7
8  DATED: _____        By: _____
9                                                       Hon. Maxine Chesney