UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amazon.com Services LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> Perplexity AI, Inc., <br><br> Defendant(s). | Case No. 3:25-cv-09514-MMC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, __Jennifer L. Pariser__, an active member in good standing of the bar of __the USDC, Southern District of NY__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Amici Curae RELX, Inc. et al.__ in the above-entitled action. My local co-counsel in this case is __Naomi Jane Gray__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __230171__.

| | |
|---|---|
| 461 Fifth Ave., 19th Floor, NY, NY 10017 <br> MY ADDRESS OF RECORD | 100 Shoreline Hwy, #386B, Mill Valley, CA 94941 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 951-1154 <br> MY TELEPHONE # OF RECORD | (415) 746-9260 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jpariser@oandzlaw.com <br> MY EMAIL ADDRESS OF RECORD | ngray@shadesofgray.law <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __2332815__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __1__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2026

*Jennifer L. Pariser*
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/6/2026

*Maxine M. Chesney*
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE