OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** March 6, 2026   **Time:** 3 hours, 18 minutes   **Judge:** MAXINE M. CHESNEY
**Case No.:** 25-cv-09514-MMC   **Case Name:** Amazon.com Services LLC v. Perplexity AI, Inc.

**Attorney for Plaintiff:** Moez Kaba, Hagen Scotten, Christine Woodin, Lisa Chen, Youzhihang Deng
**Attorney for Defendant:** John Quinn, Daniel Posner, Jonathan Kim

**Deputy Clerk:** Jenny Galang    **Liberty Recorder:** 9:02-11:09, 11:25-12:36

**PROCEEDINGS**

Motion for Preliminary Injunction - held.

Arguments presented. Matter is submitted. The Court tentatively ruled in favor of granting preliminary injunction. Defendant moved for a stay pending appeal if injunction is granted and, alternatively, for of stay of 7 days to seek a stay from the Ninth Circuit. Plaintiff opposed any stay. The Court tentatively granted defendant's alternative request.

**Order to be prepared by:**
( )   Plaintiff         ( )   Defendant         (**X**)   Court