IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PERPLEXITY AI, INC.,<br><br>　　　　　Defendant. | Case No.  25-cv-09514-MMC<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE** |

　　　　Before the Court is the Motion, filed March 5, 2026, "for Leave to File Brief of RELX, Inc., LexisNexis Risk Solutions Inc., and Elsevier Inc. as Amici Curiae in Support of Plaintiff's Motion for a Preliminary Injunction."

　　　　The hearing on plaintiff's motion for preliminary injunction having been set for March 6, 2026, at 9:00 a.m., and the above-referenced motion having been filed the day before at 4:50 p.m., the Court finds an order granting said motion would result in unnecessary delay and/or extension of said hearing.

　　　　Accordingly, the motion for leave to file brief as amici curiae is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 9, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge