QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Andrew Schapiro (admitted *Pro Hac Vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

Renita N. Sharma (admitted *Pro Hac Vice*)
renitasharma@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendant Perplexity AI, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PERPLEXITY AI, INC., a Delaware corporation<br><br>Defendant. | Case No. 3:25-cv-09514-MMC<br><br>**NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>Hon. Maxine M. Chesney<br>Courtroom 7 |

**NOTICE OF PRELIMINARY INJUNCTION APPEAL**

Pursuant to 28 U.S.C. § 1292(a)(1), Rules 3 and 4 of the Federal Rules of Appellate Procedure, and Circuit Rule 3-3, notice is hereby given that Defendant Perplexity AI, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Plaintiff's Motion for Preliminary Injunctive Relief entered in this action on March 9, 2026 (ECF 81), and any and all orders, decisions, and rulings that gave rise to the Order Granting Plaintiff's Motion for Preliminary Injunctive Relief, and any other order otherwise adverse to Defendant related to the preliminary injunction, and each and every part thereof.

DATED: March 10, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Daniel C. Posner*
Daniel C. Posner
*Attorneys for Perplexity AI, Inc.*