1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 | John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
3 | Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
4 | 865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
5 | Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100
6 |
Andrew Schapiro (admitted *Pro Hac Vice*)
7 | andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
8 | Chicago, Illinois 60606-1881
Telephone:   (312) 705-7400
9 | Facsimile:   (312) 705-7401

Renita N. Sharma (admitted *Pro Hac Vice*)
renitasharma@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

10 | Attorneys for Defendant Perplexity AI, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PERPLEXITY AI, INC., a Delaware corporation<br><br>Defendant. | Case No. 3:25-cv-09514-MMC<br><br>**NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT BY DEFENDANT PERPLEXITY AI, INC.** |

# REPRESENTATION STATEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: Ninth Circuit Rule 3-2 states that a party filing an appeal shall provide a Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel, if known.

Appellant Perplexity AI, Inc. is represented by the following counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn
  johnquinn@quinnemanuel.com
  Telephone: (213) 443-3000
Daniel C. Posner
  danposner@quinnemanuel.com
  Telephone: (213) 443-3220
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Facsimile: (213) 443-3100

Andrew Schapiro
  andrewschapiro@quinnemanuel.com
  Telephone: (312) 705-7400
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
Facsimile: (312) 705-7401

Renita N. Sharma
  renitasharma@quinnemanuel.com
  Telephone: (212) 849-7000
295 5th Avenue, 9th Floor
New York, New York 10016
Facsimile: (212) 849-7100

William Pilon
  williampilon@quinnemanuel.com
  Telephone: (650) 801-5091
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Facsimile: (650) 801-5100

Jonathan Hyun Kim
  jonathankim@quinnemanuel.com
  Telephone: (415) 875-6599
50 California St, Ste 22 Floor
San Francisco, CA 94111
Facsimile: (415) 875-6700

| | |
|---|---|
| 1 | Appellee Amazon.com Services LLC is represented by the following counsel: |
| 2 | HUESTON HENNIGAN LLP |
| | Moez M. Kaba |
| 3 |   mkaba@hueston.com |
| |   Telephone:  (213) 788-4340 |
| 4 | Christine Woodin |
| |   cwoodin@hueston.com |
| 5 |   Telephone:  (213) 788-4099 |
| | Billy Joe McLain |
| 6 |   bmclain@hueston.com |
| |   Telephone:  (213) 788-4340 |
| 7 |   Facsimile:  (888) 866-4825 |
| | 523 West 6th Street, Suite 400 |
| 8 | Los Angeles, CA 90014 |
| 9 | Hagan Scotten |
| |   hscotten@hueston.com |
| 10 |   Telephone:  (212) 268-8150 |
| | 1 Little W 12th Street, 3rd Floor |
| 11 | New York, NY 10014 |

DATED: March 10, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Daniel C. Posner*
       Daniel C. Posner
    *Attorneys for Perplexity AI, Inc.*