HUESTON HENNIGAN LLP
Moez M. Kaba (Bar No. 257456)
mkaba@hueston.com
Christine Woodin (Bar No. 295023)
cwoodin@hueston.com
Hagan Scotten (admitted *Pro Hac Vice*)
hscotten@hueston.com
Billy Joe McLain (Bar No. 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
Amazon.com Services LLC

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Andrew Schapiro (admitted *Pro Hac Vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
Telephone:    (312) 705-7400
Facsimile:    (312) 705-7401

Renita N. Sharma (admitted *Pro Hac Vice*)
renitasharma@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendant Perplexity AI, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:25-cv-09514-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[Civ. L.R. 6-1(a)]**<br><br>Hon. Maxine M. Chesney<br>Courtroom 7 |

Plaintiff Amazon.com Services LLC ("Plaintiff") and Defendant Perplexity AI, Inc. ("Defendant," and with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on November 4, 2025, Plaintiff filed the Complaint in this action and concurrently filed a Motion for Preliminary Injunction;

**WHEREAS**, on November 17, 2025, the Parties stipulated (ECF No. 29), and on November 18, 2025, the Court ordered (ECF No. 32), that Defendant's deadline to respond to the Complaint would be extended to thirty (30) days after the date of the Court's order resolving Plaintiff's Motion for Preliminary Injunction;

**WHEREAS**, on March 6, 2026, the Court held a hearing on Plaintiff's Motion for Preliminary Injunction;

**WHEREAS**, on March 9, 2026, the Court granted Plaintiff's Motion for Preliminary Injunction (ECF No. 81), making Defendant's deadline to respond to the Complaint April 8, 2026, pursuant to the Parties' prior stipulation;

**WHEREAS**, on March 10, 2026, Defendant filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (ECF No. 82);

**WHEREAS**, on March 11, 2026, the Ninth Circuit opened appellate proceedings under Case No. 26-1444;

**WHEREAS**, on March 12, 2026, Defendant filed an Emergency Motion for Stay of the Preliminary Injunction Pending Appeal in the Ninth Circuit (9th Cir. Dkt. 14);

**WHEREAS**, on March 18, 2026, the Ninth Circuit granted Defendant's motion for a stay of the preliminary injunction pending appeal and ordered an expedited briefing schedule, with Defendant's opening brief due on April 1, 2026 (9th Cir. Dkt. 19);

**WHEREAS**, given that Defendant's opening brief to the Ninth Circuit is due on April 1, 2026, the Parties have met and conferred and agree that Defendant's deadline to respond to the Complaint should be extended by two weeks, to April 22, 2026, in light of the expedited appellate briefing schedule; and

Case No. 3:25-cv-09514-MMC
STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT

**WHEREAS**, the Parties agree that good cause exists for the extension requested herein, as it will allow Defendant to prepare its response to the Complaint after its opening appellate brief is due, and will not prejudice Plaintiff.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective counsel of record, that Defendant's deadline to respond to the Complaint, whether by answer, motion to dismiss, or other responsive pleading, shall be extended to April 22, 2026.

DATED:  March 25, 2026          QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                By _____ */s/ Daniel C. Posner* _____
                                      Daniel C. Posner
                                      *Attorneys for Perplexity AI, Inc.*


DATED:  March 25, 2026          HUESTON HENNIGAN LLP


                                By _____ */s/ Moez M. Kaba* _____
                                      Moez M. Kaba
                                      *Attorneys for Amazon.com Services LLC*

-3-                                          Case No. 3:25-cv-09514-MMC
                      STIPULATION AND [PROPOSED] ORDER
            TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT

**PURSUANT TO THE PRECEDING STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

Defendant's deadline to respond to the Complaint, whether by answer, motion to dismiss, or other responsive pleading, shall be April 22, 2026.

DATED: _____, 2026

_____
Honorable Maxine M. Chesney
United States District Judge

Case No. 3:25-cv-09514-MMC
STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT

## ATTESTATION OF DANIEL C. POSNER

This document is being filed through the Electronic Case Filing (ECF) system by attorney Daniel C. Posner.  By his signature, Mr. Posner attests that he has obtained concurrence in the filing of this document from the attorneys identified on the caption page and in the above signature block.

DATED:  March 25, 2026

By     */s/ Daniel C. Posner*
       Daniel C. Posner

Case No. 3:25-cv-09514-MMC
STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT