UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMAZON.COM SERVICES, LLC, | No. 26-1444 |
| Plaintiff - Appellee, | D.C. No. 3:25-cv-09514-MMC Northern District of California, San Francisco |
| v. | |
| PERPLEXITY AI, INC., | ORDER |
| Defendant - Appellant. | |

Before: MILLER and BUMATAY, Circuit Judges.

The request for an administrative stay is granted. The district court's March 9, 2026 order is temporarily stayed pending resolution of the motion for a stay pending appeal. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).