IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant. | Case No.  25-cv-09514-MMC<br><br>**ORDER RE: DEFENDANT'S MOTION TO STAY PROCEEDINGS AND ADMINISTRATIVE MOTION TO SHORTEN TIME** |

Before the Court is defendant Perplexity AI, Inc.'s "Motion to Stay Proceedings Pending Resolution of Ninth Circuit Appeal" and Administrative "Motion to Shorten Time to Hear Motion to Stay Proceedings," both filed April 7, 2026, by which motions defendant seeks to "to stay proceedings in this Court during the pendency of Perplexity's expedited appeal to the Ninth Circuit" (see Doc. No. 95 at 2:2-3) and for the Court to "advance…Amazon's deadline to respond to the Motion to Stay to April 13, 2026" (see Doc. No. 96 at 1:5-6). Plaintiff Amazon.com Services LLC has filed opposition to defendant's Administrative Motion. The Court, having read and considered the parties' respective written submissions, hereby rules as follows.

As plaintiff points out, defendant could have filed its Motion to Stay considerably farther in advance of its deadline to respond to plaintiffs' Complaint, thereby eliminating the need to seek expedited briefing. Moreover, given plaintiff's upcoming deadline of April 22, 2026, to file an answering appellate brief, the timing of the Motion to Stay, let alone the request for expedited briefing, imposes an unnecessary burden on plaintiff. Nevertheless, in light of the early stage of the proceedings before this Court and the likelihood of a determination by the Ninth Circuit Court of Appeals bearing on the

United States District Court
Northern District of California

resolution of legal questions raised in this Court, some limited relief regarding defendant's deadline to respond to plaintiff's Complaint appears warranted.

Accordingly, (1) defendant's Administrative Motion is hereby DENIED; (2) plaintiff's deadline to file opposition to defendant's Motion to Stay Proceedings is hereby EXTENDED to May 6, 2026; and (3) defendant's deadline to respond to plaintiff's Complaint is hereby STAYED to a date to be set at the Initial Case Management Conference, currently scheduled for May 15, 2026.

**IT IS SO ORDERED.**

Dated: April 13, 2026

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California