# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 15, 2026 | **Time:** 11:37 - 12:11 | **Judge:** MAXINE M. CHESNEY |
|---|---|---|
| **Case No.:** 25-cv-09514-MMC | **Case Name:** Amazon.com Services LLC v. Perplexity AI, Inc. | |

**Attorney for Plaintiff:** Moez Kaba, Lisa Chen
**Attorney for Defendant:** Daniel Posner, Jonathan Kim

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** Stephen Franklin

### PROCEEDINGS

**Defendant's Motion to Stay Proceedings Pending Appeal (Dkt. No. 95) – hearing held via Zoom.**

**Defendant's Motion to Stay Proceedings Pending Appeal – Granted in part and Denied in part. Granted to the extent that the defendant is relieved of its obligation to respond to the complaint by the ordinary time frame, and that the defendant's response to the complaint is extended to 21 days after 9th Circuit issues its decision on the appeal of the Court's preliminary injunction.**

**Initial Case Management Conference – hearing held via Zoom.**

**Ten days after the 9th Circuit issues its ruling on defendant's appeal of the preliminary injunction, the parties are to file a joint status report.**

**PRETRIAL SCHEDULE:**

**Deadline to Amend: October 16, 2026**

**Discovery Cutoff: February 12, 2027**

**Expert Disclosure: March 26, 2027**

**Expert Rebuttal: April 26, 2027**

**Expert Discovery cutoff: May 28, 2027**

**Daubert/Dispositive Motions to be filed by: June 25, 2027**

**Final Pretrial Conference: September 14, 2027, at 10:00 a.m.**

**Trial: September 27, 2027, a**t **9:00 a.m., for 5 to 7 days, by (X) Jury ( ) Court**

**Order to be prepared by:**
( )     Plaintiff               ( )     Defendant          (X)     Court

**Notes:**