HUESTON HENNIGAN LLP
Moez M. Kaba (Bar No. 257456)
mkaba@hueston.com
Christine Woodin (Bar No. 295023)
cwoodin@hueston.com
Hagan Scotten (admitted *Pro Hac Vice*)
hscotten@hueston.com
Billy Joe McLain (Bar No. 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
Amazon.com Services LLC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew Schapiro (admitted *Pro Hac Vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Renita N. Sharma (admitted *Pro Hac Vice*)
renitasharma@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Perplexity AI, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

AMAZON.COM SERVICES LLC, a Delaware limited liability company,

Plaintiff,

vs.

PERPLEXITY AI, INC., a Delaware corporation,

Defendant.

Case No. 3:25-cv-09514-MMC

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**

Hon. Maxine M. Chesney
Courtroom 7

Plaintiff Amazon.com Services LLC ("Plaintiff") and Defendant Perplexity AI, Inc. ("Defendant," and with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on November 4, 2025, Plaintiff filed the Complaint in this action and concurrently filed a Motion for Preliminary Injunction;

**WHEREAS**, on March 9, 2026, the Court granted Plaintiff's Motion for Preliminary Injunction (ECF No. 81);

**WHEREAS**, on March 10, 2026, Defendant filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (ECF No. 82);

**WHEREAS**, on May 15, 2026, this Court entered an order requiring Defendant to respond to Plaintiff's Complaint "21 days after the 9th Circuit issues its decision" on Defendant's appeal (ECF No. 106);

**WHEREAS**, on August 4, 2026, the Ninth Circuit vacated the Court's preliminary injunction and remanded for further proceedings (ECF No. 114);

**WHEREAS**, Defendant's present deadline to respond to the Complaint is therefore August 25, 2026;

**WHEREAS**, on August 18, 2026, Plaintiff filed a Petition for Rehearing *En Banc* in the Ninth Circuit (9th Cir. Dkt. 66);

**WHEREAS**, Plaintiff is considering whether to voluntarily amend its complaint in this lawsuit;

**WHEREAS**, the Parties have met and conferred and agree that good cause exists to extend Defendant's deadline to respond to the complaint while Plaintiff considers whether to amend its complaint; and

**WHEREAS**, other than to the extent addressed in this Stipulation, the Parties maintain their respective positions regarding the status of this litigation as stated in their Joint Status Report on August 14, 2026 (ECF No. 115), including regarding whether and to what extent discovery should proceed in this case, and agree that nothing about their entry into this Stipulation shall be construed as a waiver, limitation, or concession of those positions.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective counsel of record, that Defendant's deadline to respond to the Complaint, whether by answer, motion to dismiss, or other responsive pleading, should be extended to September 11, 2026.

DATED: August 20, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Daniel C. Posner*

Daniel C. Posner

*Attorneys for Perplexity AI, Inc.*

DATED: August 20, 2026

HUESTON HENNIGAN LLP

By */s/ Moez M. Kaba*

Moez M. Kaba

*Attorneys for Amazon.com Services LLC*

**PURSUANT TO THE PRECEDING STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

Defendant's deadline to respond to the Complaint, whether by answer, motion to dismiss, or other responsive pleading, shall be September 11, 2026.

DATED: August 20, 2026

Maxine M. Chesney

Honorable Maxine M. Chesney
United States District Judge