**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

AMAZON.COM SERVICES LLC, a Delaware limited liability company,

Plaintiff,

vs.

PERPLEXITY AI, INC., a Delaware corporation,

Defendant.

Case No. 3:25-cv-09514-MMC

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Hon. Maxine M. Chesney
Courtroom 7

**[PROPOSED] ORDER**

Before this Court is Defendant's Motion to Dismiss the Complaint (Dkt. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court, having considered the pleadings in this matter, and all arguments and papers submitted in support of, and in opposition to, said Motion, and good cause appearing therefore, orders as follows:

First, Plaintiff's Computer Fraud and Abuse Act claim (Count I) is dismissed with prejudice under Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

Second, Plaintiff's California Comprehensive Computer Data Access and Fraud Act claim (Count II) is dismissed with prejudice under Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

DATED: ____________________

______________________________
Honorable Maxine M. Chesney
United States District Judge