United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMAZON.COM SERVICES LLC,
Plaintiff,

v.

PERPLEXITY AI, INC.,
Defendant.

Case No. 25-cv-09514-MMC

**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS**

Before the Court is defendant Perplexity AI, Inc.'s Motion to Dismiss. Said motion is currently scheduled for hearing on October 16, 2026. In light of the length of that calendar, the hearing on the above-referenced motion is hereby CONTINUED to November 20, 2026.

**IT IS SO ORDERED.**

Dated: September 14, 2026

MAXINE M. CHESNEY
United States District Judge