HUESTON HENNIGAN LLP
Moez M. Kaba (Bar No. 257456)
mkaba@hueston.com
Christine Woodin (Bar No. 295023)
cwoodin@hueston.com
Hagan Scotten (admitted *Pro Hac Vice*)
hscotten@hueston.com
Billy Joe McLain (Bar No. 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiff
Amazon.com Services LLC

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Andrew Schapiro (admitted *Pro Hac Vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1881
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Renita N. Sharma (admitted *Pro Hac Vice*)
renitasharma@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

William Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant Perplexity AI, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

AMAZON.COM SERVICES LLC, a Delaware limited liability company,

Plaintiff,

vs.

PERPLEXITY AI, INC., a Delaware corporation,

Defendant.

Case No. 3:25-cv-09514-MMC

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO AMENDED COMPLAINT**

Hon. Maxine M. Chesney
Courtroom 7

Plaintiff Amazon.com Services LLC ("Plaintiff") and Defendant Perplexity AI, Inc. ("Defendant," and with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on November 4, 2025, Plaintiff filed the Complaint in this action and concurrently filed a Motion for Preliminary Injunction;

**WHEREAS**, on March 9, 2026, the Court granted Plaintiff's Motion for Preliminary Injunction (ECF No. 81);

**WHEREAS**, on March 10, 2026, Defendant filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (ECF No. 82);

**WHEREAS**, on May 15, 2026, this Court entered an order requiring Defendant to respond to Plaintiff's Complaint "21 days after the 9th Circuit issues its decision" on Defendant's appeal (ECF No. 106);

**WHEREAS**, on August 4, 2026, the Ninth Circuit vacated the Court's preliminary injunction and remanded for further proceedings (ECF No. 114);

**WHEREAS**, Defendant's deadline to respond to the Complaint was therefore August 25, 2026;

**WHEREAS**, on August 20, 2026, the Court granted the Parties' stipulation extending Defendant's deadline to respond to the Complaint to September 11, 2026 (ECF No. 118);

**WHEREAS**, on September 11, 2026, Defendant filed a motion to dismiss the Complaint (ECF No. 119);

**WHEREAS**, on September 14, 2026, the Court scheduled the hearing on Defendant's motion to dismiss for November 20, 2026 (ECF No. 120);

**WHEREAS**, on September 21, 2026, Plaintiff filed an amended complaint (the "First Amended Complaint") pursuant to Federal Rule of Civil Procedure 15(a)(1)(B);

**WHEREAS**, Defendant's previous motion to dismiss is therefore moot;

**WHEREAS**, Defendant's current deadline to respond to the First Amended Complaint under Rule 15(a)(3) is October 5, 2026;

**WHEREAS**, the Parties have met and conferred about extending Defendant's deadline to respond to the First Amended Complaint;

**WHEREAS**, the Parties agree there is good cause for a brief extension of Defendant's deadline to respond to the First Amended Complaint to October 13, 2026, as such extension will not affect any event or deadline previously set by the Court and will allow Defendant further opportunity to review Plaintiff's amended allegations and to prepare defenses; and

**WHEREAS**, the Parties have agreed that, if Defendant files a motion to dismiss the First Amended Complaint, there would be good cause to extend Plaintiff's deadline to file its opposition brief to November 3, 2026.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective counsel of record, that

1. Defendant's deadline to respond to the First Amended Complaint, whether by answer, motion to dismiss, or other responsive pleading, should be extended to October 13, 2026; and

2. Plaintiff's opposition to any motion to dismiss the First Amended Complaint should be due on or before November 3, 2026.

DATED: September 29, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Daniel C. Posner
Daniel C. Posner
*Attorneys for Perplexity AI, Inc.*

DATED: September 29, 2026

HUESTON HENNIGAN LLP

By /s/ Moez M. Kaba
Moez M. Kaba
*Attorneys for Amazon.com Services LLC*

**PURSUANT TO THE PRECEDING STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. Defendant's deadline to respond to the First Amended Complaint, whether by answer, motion to dismiss, or other responsive pleading, shall be October 13, 2026; and

2. Plaintiff shall file its opposition to any motion to dismiss the First Amended Complaint on or before November 3, 2026.

DATED: ________________, 2026

______________________________
Honorable Maxine M. Chesney
United States District Judge

**ATTESTATION OF DANIEL C. POSNER**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Daniel C. Posner. By his signature, Mr. Posner attests that he has obtained concurrence in the filing of this document from the attorneys identified on the caption page and in the above signature block.

DATED: September 29, 2026

By *\/s/* Daniel C. Posner
Daniel C. Posner