United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br>Plaintiff,<br>v.<br>PERPLEXITY AI, INC.,<br>Defendant. | Case No. 25-cv-09514-MMC<br>**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPY IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

On September 21, 2026, plaintiff electronically filed its "First Amended Complaint." To date, plaintiff has not submitted a courtesy copy of said document.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See id.

Accordingly, plaintiff is hereby DIRECTED to submit forthwith the requisite courtesy copy of the above-referenced document, and any exhibits attached thereto.

**IT IS SO ORDERED.**

Dated: September 30, 2026

MAXINE M. CHESNEY
United States District Judge