**HUESTON HENNIGAN LLP**
Moez M. Kaba, Esq. (SBN 257456)
mkaba@hueston.com
Christine Woodin, Esq. (SBN 295023)
cwoodin@hueston.com
Billy Joe McLain, Esq. (SBN 290682)
bmclain@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Hagan Scotten, Esq. (admitted *Pro Hac Vice*)
hscotten@hueston.com
1 Little W 12th Street
New York, NY 10014
Telephone: (212) 268-8150
Facsimile: (888) 866-4825

Attorneys for Plaintiff
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:25-cv-09514-MMC<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND TO STAY DISCOVERY**<br><br>Hon. Maxine M. Chesney<br>Courtroom 7 |

Before this Court is Defendant's Motion to Dismiss the First Amended Complaint and to Stay Discovery (Dkt. 129). The Court has considered the motion, the opposition thereto, the reply, the arguments of counsel, and the entire record in this matter.

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is DENIED.
2. Defendant's Motion to Stay Discovery is DENIED.
3. Defendant shall file an answer to the Plaintiff's First Amended Complaint within [_____] days of the entry of this Order, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A).

**IT IS SO ORDERED.**

DATED: ______________________

______________________________
Honorable Maxine M. Chesney
United States District Court Judge