# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 20, 2026 **Time:** 9:03 - 10:37
11:10 – 12:39 **Judge:** MAXINE M. CHESNEY

**Case No.**: 25-cv-09514-MMC **Case Name:** Amazon.com Services LLC v. Perplexity AI, Inc.

**Attorney for Plaintiff:** Hagan Scotten, John Cagan
**Attorney for Defendant:** Daniel Posner, Lucas Hammill

**Deputy Clerk:** Tracy Geiger **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Defendant's Motion to Dismiss First Amended Complaint and to Stay Discovery - hearing held.

Oral arguments presented.

Motion to Stay Discovery granted; Motion to Dismiss First Amended Complaint deemed submitted.

**Order to be prepared by:**
( ) Plaintiff ( ) Defendant (X) Court